# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JONATHAN VALENTIN,<br>**Plaintiff,**<br><br>v.<br><br>PHILADELPHIA COUNTY SHERIFF'S<br>DEPARTMENT,<br>**Defendant.** | :<br>:<br>:<br>:     **CIVIL ACTION NO. 19-CV-1175**<br>:<br>:<br>:<br>: |

## ORDER

AND NOW, this 22nd day of March, 2019, upon consideration of Plaintiff Jonathan Valentin's Motion for Leave to Proceed *In Forma Pauperis* (ECF No. 1) and his *pro se* Complaint (ECF No. 2), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED**.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED without prejudice** for failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

4. Mr. Valentin may file an amended complaint within thirty (30) days of the date of this Order. Any amended complaint must clearly identify all defendants in the caption of the amended complaint and must clearly state the basis for Mr. Valentin's claims against each defendant. Upon the filing of an amended complaint, the Clerk of Court shall not make service until so **ORDERED**.

5. The Clerk of Court shall **SEND** Mr. Valentin a blank copy of the Court's form complaint to be used by a *pro se* plaintiff filing a civil action in this Court bearing the above civil action number. Mr. Valentin may use this form to file an amended complaint if he chooses to do so.

6. If Mr. Valentin fails to file an amended complaint, this case may be dismissed for failure to prosecute without further notice.

BY THE COURT:

_____
GENE E.K. PRATTER, J.