# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---

JONATHAN VALENTIN,

      Plaintiff,                              CIVIL ACTION No. 19-CV-1175

      V.

PHILADELPHIA COUNTY SHERIFF'S

DEPARTMENT,

      Defendants,

---

## Civil complaint

## B. Procedural History

1) On March 15th, 2019 Plaintiff, J.V. file an initial complaint with the,

2) Pennsylvania Eastern District Federal Court, hereinafter also referred to

3) As the, Pa. (EDFC) alleging a civil rights violation against Plaintiff was

4) Committed by one, Philadelphia County Sheriff Department Deputy.

5) On March 25th, 2019 the, Pa. (EDFC) granted; Plaintiff; J.V.'s, In forma

6) Pauperis civil rights violation complaint and instructed Plaintiff to

7) Identify what rights and who in the Philadelphia County Sheriff's

8) Department violated Plaintiff's civil rights no later than thirty days from

9) The date of the notice or risk having the complaint dismissed.

10) On May 24th, 2019 the, Pa. (EDFC) issued notice to Plaintiff, J.V.

11) Accepting Plaintiff's second amended complaint and instructed Plaintiff

12) To complete form, USM-285 in order to have the US Marshalls serve

13) Respondent with a copy of the complaint.

14) On August 28th, 2019 the, Pa. (EDFC) issued orders requesting Plaintiff,

15) J.V. file a motion for leave to file an amended complaint no later than

16) Thirty days from the date of the courts notice in order for the court to

17) Formally accept Plaintiff's third and final civil right violation complaint.

18) On October 04th, 2019 Plaintiff received notice from the, Pa. (EDFC)

19) Denying Plaintiff's September 30th, 2019 motion for leave to file an

20) Amended complaint and instructing Plaintiff to attach the third

21) Amended complaint to the motion for leave to file an amended

22) Complaint in order for the court to accept the motion and the complaint

23) No later than twenty one days from the date of the courts notice.

24) On October 22nd, 2019 the, Pa. (EDFC) issued notice allowing Plaintiffs

25) Third and final amended complaint.

26) As of October 22nd, 2019 Plaintiff, J.V. has filed a third and final

27) Amended civil rights violation complaint in the, Pa. (EDFC) alleging

28) Misconduct, assault and wrongful arrest by one Philadelphia County

29)  Sheriff Department Deputy.

30)  On October 13th, 2020 the, Pa. (EDFC's) honorable Judge, Gene E.K.

31)  Pratter order Defendant to file a response to Plaintiff, J.V's.

32)  October 22nd, 2019 third and final amended civil rights violation

33)  Complaint no later than twenty one days from the day of the courts

34)  October 13th, 2020 final order.

35)  On November 02nd, 2020 the Philadelphia County's Sheriff Department

36)  Filed an initial response to Plaintiff. J.V's. October 22nd, 2019 third and

37)  Final amended civil rights violation complaint.

38)  On November 04th, 2020 this courts honorable Judge, issued orders

39)  Instructing all parties involved in this complaint to prepare and submit

40)  A pretrial conference memorandum no later than twenty one days from

41)  The date of this courts November 04th, 2020 final entry and in

42)  Compliance with local Federal rule 16, Federal rule of civil procedure

43)  26, 34 and 53 and Federal rule of Evidence 502.

44)  Finally in compliances with this courts January 5th, 2021 order to

45)   Produce and submit any and all compelling evidence no later than

46)  April 9th, 2021; Plaintiff, J.V. filed new evidence on April 7th, 2021 for

47)  The record, thank you.

## C. <u>Factual Background</u>

1) On Sunday March 19th, 2017 Plaintiff, J.V. was attacked by a Sheriff

2) Department deputy while inside the Philadelphia County Family Court

3) Building located at, 1501 Arch St. Philadelphia, PA. 19107.

4) The incident took place around 3pm inside the Philadelphia Family

5) Court building.

6) Plaintiff was in the family court building visiting his son and was asked

7) By a county court nursery clerk to come back the following scheduled

8) Weekend due to his late arrival.

9) Defendant, Officer Mr. Murphy, badge no. 609 became violent and

10) Unprofessional.

11) Plaintiff asked Defendant for his bag number, Defendant then attacked

12) Plaintiff.

13) Plaintiff, J.V. was placed in custody until the next day and accused of

14) Assaulting a police officer.

15) There were two family court house nursery clerks present during the

16) Incident along with a second Sheriff Deputy officer, Ms. Rodriguez,

17) Badge no. 502.

18) This incident took place during one of Plaintiff's biweekly, court

19) Ordered, weekend court visits.

4

20) Plaintiff showed up twenty minutes late after calling the court house

21) And his son's mother to inform them of his estimated late arrival.

22) Upon Plaintiff's late arrival, he learned through his son's mother of the

23) Nursery clerk's decision to force his son's mother outside of the

24) Building before the attendance sheet, singing booth and main

25) Entrances were closed to the general public.

26) After learning of the incident, Plaintiff's son's mother and Plaintiff

27) Returned to the family court building.

28) Both Plaintiffs son's mother and Plaintiff were allowed to sing the

29) Attendance sheet behind the sing in booth after speaking with a nursery

30) Clerk still available in the first floor, in order to get credit for the

31) Day's activities but were denied entry past the metal detectors and into

32) The nursery room on the second floor by one Sheriff department

33) Deputy, Defendant officer Mr. Murphy, badge no. 609.

34) Plaintiff then asked the nursery clerk if he could still see his son during

35) His scheduled visiting hours.

36) Plaintiff's visiting hours were 2:30pm till 4:30pm as court ordered for

37) Every other Sunday, supported by evidence previously made available

38) To the record under; exhibit, (A) One Philadelphia County, family court

39) Order.

40) The Sheriff's department deputy, Defendant Officer Mr. Murphy, badge

41) No. 609 began to make fun of Plaintiff while in front of Plaintiff's son

42) And Plaintiff's son's mother, at this time Plaintiff's son's mother became

43) Frighten and exited the building stating she would contact Plaintiff later

44) In the week to make other arraignments.

45) Plaintiff asked Defendant, Officer Mr. Murphy, badge no. 609 for his

46) Badge number then Defendant attacked Plaintiff and placed Plaintiff

47) Under arrest supported by evidence herein after defined and titled

48) Exhibit, (B) one D.C. incident report no, 17-09-10325.

49) Plaintiff was sent to the Philadelphia 9th district police department

50) After speaking with a white collar senior officer from the Philadelphia

51) County's Sheriff's Department as supported by evidence previously

52) Made available to the record under; exhibit, (C) one city of Philadelphia

53) 9th District Police Department property receipt.

54) Plaintiff was then sent to the Hahnemann University hospital's

55) Emergency room for treatment of a neck injury sustained during the

56) Initial arrest and charged with assaulting a police officer as supported

57) By evidence defined and title under Exhibit, (B) one D.C.

58) Incident report no, 17-09-10325.

59) The charges were dropped and Plaintiff was sent home after three

60) Separate radiology sessions involving Plaintiff's neck, shoulder and

6

61) Knee.

62) Plaintiff spent a total of three hours in the hospital from 5:30pm until

63) 9:30pm and nine hours inside a holding cell while nursing his injuries

64) Prior to being released sometime around 6:00am Monday morning the

65) Following day.

66) Plaintiff was given prescription medication for both pain and swelling as

67) Follows, cyclobenzaprine 10mg, 20 tablets and Ibuprofen 3200mg, 42

68) Tablets as supported by evidence previously made available to the

69) Record under; exhibit, (D) one 5page Hahnemann University Hospital,

70) Emergency room intake and discharge report.

71) It's been almost four years and two separate attempts to resolve the

72) Matter directly through the Philadelphia County Sheriff's Department

73) Since the initial incident took place without any success.

74) Plaintiff's first attempt to resolve the matter dates back to April 13th,

75) 2017 when Plaintiff first spoke and then completed a complaint

76) Application inside The Philadelphia County's Sheriff's Department with

77) The help of a senior staff member by the name of Sgt. Mrs. Angela

78) Brown as supported by evidence previously made available to the

79) Record under; exhibit, (E) one Philadelphia County Sheriff's

80) Department complaint application.

81) The second attempt was a little less than a year ago as of March 15th,

82) 2019 when again Plaintiff attempted to make contact with a supervising

83) Staff members inside the Philadelphia County's Sheriff's Department to

84) Resolve the conclusion of a successful investigation but was met

85) Without any cooperation by the Philadelphia county's Sheriffs

86) Department.

87) It's now been more than four years since the original incident took place

88) And Plaintiff, J.V. is still receiving medical treatment and medication for

89) Injuries sustained during the initial incident including, Cervical

90) Radiculitis, Cervical disc misalignment, Patellofemoral pain syndrome

91) And Patellachondromalacia.

92) Current medication include the following, Diclofenac 100mg for neck

93) Pain, thirty tablets, Gabapentin 300mg for back pain, ninety tablets and

94) Oxybutynin 60mg for muscle tension, sixty tablets.

95) Plaintiff was grabbed by his neck while wearing a winter coat and a

96) winter hoodie, placed in a choke hold and thrown into a wall and then

97) Onto the floor all while carrying a book bag in one hand and a gift bag in

98) The opposite hand.

99) This happened in front of several cameras inside and outside of the

100) Philadelphia County's family court building.

## D. **Factual Allegations**

1) Plaintiff alleges excessive use of force, reckless endangerment, simple

2) Assault, aggravated assault, wrongful arrest, deprivation of liberty,

3) Retaliatory prosecution, filing false charges, abridging Plaintiff's

4) Freedom of speech, right to peaceably assemble and to petition the

5) Government for a redress of grievances.


### E. Underlining Charges

1) First and fifth amendment violations under, freedom of speech,

2) Peaceful gathering, depravation of civil liberty and redress of grievance.

3) Simple assault, 18 Pa. C.S. §2701 §§ A and 18 U.S.C. § 113

4) US. code Title 18 crimes and criminal procedure § 113, assaults within

5) Maritime and territorial jurisdiction.

6) (a) Whoever, within the special maritime and territorial jurisdiction of

7) The United States, is guilty of an assault shall be punished as follows: (1)

8) Assault with intent to commit murder or a violation of section 2241 or

9) 2242, by a fine under this title, imprisonment for not more than 20

10) Years, or both. (2) Assault with intent to commit any felony,

11) Except murder or a violation of section 2241 or 2242, by a fine

12) Under this title or imprisonment for not more than ten years, or

13) Both.

14) (3) Assault with a dangerous weapon, with intent to do

15) Bodily harm, by a fine under this title or imprisonment for not more

16) Then ten years, or both. (4) Assault by striking, beating, or wounding, by

17) A fine under this title or imprisonment for not more than 1 year, or

18) Both.

19) (5) Simple assault, by a fine under this title or imprisonment for not

20) More than six months, or both, or if the victim of the assault is an

21) Individual who has not attained the age of 16 years, by fine under this

22) Title or imprisonment for not more than 1 year, or both. (6) Assault

23) Resulting in serious bodily injury, by a fine under this title or

24) Imprisonment for not more than ten years, or both.

25) (7) Assault resulting in substantial bodily injury to a spouse or intimate

26) Partner, a dating partner, or an individual who has not attained the age

27) Of 16 years, by a fine under this title or imprisonment for not more than

28) 5 years, or both.

29) (8) Assault of a spouse, intimate partner, or dating partner by

30) Strangling, suffocating, or attempting to strangle or suffocate, by a fine

31) Under this Title, imprisonment for not more than 10 years, or both.

32) Aggravated assault, 18 Pa. C.S. §2702 §§A is usually a felony of the

33) Second degree; the punishment range is from probation to twenty

34) Years (20) In prison.

35) (a) Offense defined. --A person is guilty of aggravated assault if he:

36) (1) Attempts to cause serious bodily injury to another, or causes such

37) Injury intentionally, knowingly or recklessly under circumstances

38) Manifesting extreme indifference to the value of human life;

39) (2) Attempts to cause or intentionally, knowingly or recklessly causes

40) Serious bodily injury to any of the officers, agents, employees or other

41) Persons enumerated in subsection (c) or to an employee of an agency,

42) Company or other entity engaged in public transportation, while in the

43) Performance of duty; (3) Attempts to cause or intentionally or

44) Knowingly causes bodily injury to any of the officers, agents, employees

45) Or other persons enumerated in subsection (c), in the performance of

46) Duty; (4) Attempts to cause or intentionally or knowingly causes bodily

47) Injury to Another with a deadly weapon; (5) attempts to cause or

48) Intentionally or knowingly causes bodily injury to a teaching staff

49) Member, school board member or other employee, including a student

50) Employee, of any elementary or secondary publicly-funded educational

51) Institution, any elementary or secondary private school licensed by the

52) Department of Education or any elementary or secondary parochial

53) School while acting in the scope of his or her employment or because of

54) His or her employment relationship to the school; (5) attempts by

55) Physical menace to put any of the officers, agents, employees or other

11

56) Persons enumerated in subsection (c), while in the performance of duty,

57) In fear of imminent serious bodily injury; (6) uses tear or noxious gas as

58) Defined in section 2708(b) (relating to use of tear or noxious gas in

59) Labor disputes) or uses an electric or electronic incapacitation device

60) Against any officer, employee or other person enumerated in subsection

61) (c) while acting in the scope of his employment; (7) attempts to cause or

62) Intentionally, knowingly or recklessly causes bodily injury to a child less

63) Then six years of age, by a person 18 years of age or older; or (8)

64) Attempts to cause or intentionally, knowingly or recklessly causes

65) Serious bodily injury to a child less than 13 years of age, by a person 18

66) Years of age or older. (b) Grading. --Aggravated assault under

67) Subsection (a)(1), (2) and (9) is a felony of the first degree. Aggravated

68) Assault under subsection (a)(3), (4), (5), (6), (7) and (8) is a felony of

69) The second degree.

70)  Reckless endangerment, 18 Pa. C.S. §2705 is a more serious charge,

71) Most commonly used when the endangering act is serious and risky

72) Enough that it could result in serious injury or death to another person.

73) Reckless endangerment is typically categorized as a felony, which can

74) Carry with it penalties of more than 1 year in prison if convicted of the

75) Offense.

76) Reckless Endangerment Law and Legal Definition

77) Reckless endangerment is a crime consisting of acts that create a

78) Substantial risk of serious physical injury to another person.

79) The accused person isn't required to intend the resulting or potential

80) Harm but must have acted in a way that showed a disregard for the

81) Foreseeable consequences of the actions.

82) The charge may occur in various contexts such as, among others,

83) Domestic cases, car accidents, construction site accidents, testing sites,

84) Domestic and child abuse situations and hospital abuse.

85) 42 U.S. Code § 1983. Civil action for deprivation of rights;

86) Excessive force is the use of more force than is reasonably necessary to

87) Arrest a suspect. Examples of excessive force can include: Physical force

88) Against a suspect already in custody and not resisting.

89) Every person who, under color of any statute, ordinance, regulation,

90) Custom, or usage, of any State or Territory or the District of Columbia,

91) Subjects, or causes to be subjected, any citizen of the United States or

92) Other person within the jurisdiction thereof to the deprivation of any

93) Rights, privileges, or immunities secured by the Constitution and laws,

94) Shall be liable to the party injured in an action at law, suit in equity, or

95) Other proper proceeding for redress, except that in any action brought

96) Against a judicial officer for an act or omission taken in such officer's

97) Judicial capacity, injunctive relief shall not be granted unless a

98) Declaratory decree was violated or declaratory relief was unavailable.

99) For the purposes of this section, any Act of Congress applicable

100) Exclusively to the District of Columbia shall be considered to be a

101) Statute of the District of Columbia.

102) 18 Pennsylvania Consolidated Statutes § 508 - Use of Force in Law

103) Enforcement § 508. Use of force in law enforcement.

104) (a) Peace officer's use of force in making arrest.

105) (1) A peace officer, or any person whom he has summoned or directed

106) To assist him, need not retreat or desist from efforts to make a lawful

107) Arrest because of resistance or threatened resistance to the arrest.

108) He is justified in the use of any force which he believes to be necessary

109) To effect the arrest and of any force which he believes to be necessary to

110) Defend himself or another from bodily harm while making the arrest.

111) However, he is justified in using deadly force only when he believes that

112) Such force is necessary to prevent death or serious bodily injury to

113) Himself or such other person, or when he believes both that:

114) (i) Such force is necessary to prevent the arrest from being defeated by

115) Resistance or escape; and (ii) The person to be arrested has committed

116) Or attempted a forcible felony or is attempting to escape and possesses

117) A Deadly weapon, or otherwise indicates that he will endanger human

118) Life or inflict serious bodily injury unless arrested without delay.

119) (2) A peace officer making an arrest pursuant to an invalid warrant is

120) Justified in the use of any force which he would be justified in using if

121) The warrant was valid, unless he knows that the warrant is invalid.

122) U.S. Code § 1324 c, penalties for document fraud.

123) (a) Activities prohibited, it is unlawful for any person or entity

124) Knowingly— (1) to forge, counterfeit, alter, or falsely make any

125) Document for the purpose of satisfying a requirement of this chapter or

126) To obtain a benefit under this chapter, (2) to use, attempt to use,

127) Possess, obtain, accept, or receive or to provide any forged, counterfeit,

128) Altered, or falsely made document in order to satisfy any requirement of

129) This chapter or to obtain a benefit under this Chapter, (3) to use or

130) Attempt to use or to provide or attempt to provide any document

131) Lawfully issued to or with respect to a person other than the possessor

132) (Including a deceased individual) for the purpose of satisfying a

15

133) Requirement of this chapter or obtaining a benefit under this Chapter,

134) (4) to accept or receive or to provide any document lawfully issued to or

135) With respect to a person other than the possessor (including a deceased

136) Individual) for the purpose of complying with section 1324a(b) of this

137) Title or obtaining a benefit under this chapter, or (5) to prepare, file, or

138) Assist another in preparing or filing, any application for benefits under

139) This chapter, or any document required under this Chapter, or any

140) Document submitted in connection with such application or document,

141) With knowledge or in reckless disregard of the fact that such application

142) Or document was falsely made or, in whole or in part, does not relate to

143) The person on whose behalf it was or is being submitted, or (6)

144) (2) Hearing

145) (A) In general, before imposing

146) An order described in this paragraph (3) Against a person or entity

147) Under this subsection for a violation of subsection (a), The Attorney

148) General shall provide the person or entity with notice and, upon request

149) Made within a reasonable time (of not less than 30 days, as established

150) By the Attorney General) of the date of the notice, a hearing respecting

151) The violation. (B) Conduct of hearing any hearing so requested shall be

152) Conducted before an administrative law Judge. The hearing shall be

153) Conducted in accordance with the requirements of section 554 of title 5.

154) The hearing shall be held at the nearest practicable place to the place

155) Where the person or entity resides or of the place where the alleged

156) Violation occurred. If no hearing is so requested, the Attorney General's

157) Imposition of the order shall constitute a final and unappeable order.

158) (C) Issuance of orders if the administrative law judge determines, upon

159) The preponderance of the evidence received, that a person or entity has

160) Violated subsection (a), the administrative law judge shall state his

161) Findings of fact and issue and cause to be served on such person or

162) Entity an order described in paragraph (3). (3) Cease and desist order

163)  With civil money penalty with respect to a violation of subsection (a),

164) The order under this subsection shall require the person or entity to

165) Cease and desist from such violations and to pay a civil penalty in an

166) Amount of— (A) Not less than $250 and not more than $2,000 for each

167) Document that is the subject of a violation under subsection (a), or (B)

168) In the case of a person or entity previously subject to an order under

169) This paragraph, not less than $2,000 and not more than $5,000 for each

170) Document that is the subject of a violation under subsection {a}. In

171) Applying this subsection in the case of a person or entity composed of

172) Distinct, physically separate subdivisions each of which provides

173) Separately for the hiring, recruiting, or referring for employment,

174) Without reference to the practices of, and not under the control of or

175) Common control with, another subdivision, each such subdivision shall

176) Be considered a separate person or entity. (4) Administrative appellate

177) Review the decision and order of an administrative law judge shall

178) Become the final agency decision and order of the Attorney General

179) Unless either (A) within 30 days, an official delegated by regulation to

180) Exercise review authority over the decision and order modifies or

181) Vacates the decision and order, or (B) within 30 days of the date of such

182) A modification or vacation (or within 60 days of the date of decision and

183) Order of an administrative law judge if not so modified or vacated) the

184) Decision and order is referred to The Attorney General pursuant to

185) Regulations, in which case the decision and order of The Attorney

186) General shall become the final agency decision and order under this

187) Subsection. (5) Judicial review a person or entity adversely affected by a

188) Final order under this section may, within 45 days after the date the

189) Final order is issued, file a petition in the Court of Appeals for the

190) Appropriate circuit for review of the order.

191) (6) Enforcement of orders if a person or entity fails to comply with a

192) Final order issued under this section against the person or entity, The

193) Attorney General shall file a suit to seek compliance with the order in

194) Any appropriate district court of The United States.

195) In any such suit, the validity and appropriateness of the final order shall

196) Not be subject to review.

197) (7) Waiver by Attorney General, The Attorney General may waive the

198) Penalties imposed by this section with respect to an alien who

199) Knowingly Violates subsection (a)(6) if the alien is granted asylum

200) Under section 1158 of this title or withholding of removal under section

201) 1231(b)(3) of this title (e) criminal penalties for failure to disclose role

202) As document preparer (1) whoever, in any matter within the

203) Jurisdiction of the Service, knowingly and willfully fails to disclose,

204) Conceals, or covers up the fact that they have, on behalf of any person

205) And for a fee or other remuneration, prepared or assisted in preparing

206) An application which was falsely made (as defined in subsection (f) for

207) Immigration benefits, shall be fined in accordance with title 18,

208) Imprisoned for not more than 5 years, or both, and prohibited from

209) Preparing or assisting in preparing,

210) Whether or not for a fee or other remuneration, any other such

211) Application.)

212) (2) Whoever, having been convicted of a violation of paragraph (1),

213) Knowingly and willfully prepares or assists in preparing an application

214) For immigration benefits pursuant to this chapter, or the regulations

215) Promulgated thereunder, whether or not for a fee or other

216) Remuneration and regardless of whether in any matter within the

217) Jurisdiction of the service, shall be fined in accordance with title 18,

218) Imprisoned for not more than 15 years, or both, and prohibited from

219) Preparing or assisting in preparing any other such application.

220) (f) Falsely make for purposes of this section, the term "falsely make"

221) Means to prepare or provide an application or document, with

222) Knowledge or in reckless disregard of the fact that the application or

223) Document contains a false, fictitious, or fraudulent statement or

224) Material representation, or has no basis in law or fact, or otherwise fails

225) To state a fact which is material to the purpose for which it was

226) Submitted.

227) False or wrongful arrest or malicious prosecution 18 Pa. C.S. § 2903

228) Kidnapping – False Imprisonment. § 2903 False imprisonment.

229) (a) Offense defined. --A person commits an offense if he knowingly

230) Restrains another unlawfully so as to interfere substantially with his

231) Liberty.

232) (a) Grading. — (1) Except as provided in paragraph (2), an offense

233) Under subsection (a) is a misdemeanor of the second degree.

234) (2) If the victim of the offense is an individual under 18 years of age, an

235) Offense under subsection (a) is a felony of the second degree. (Dec. 20,

236) 2000, P.L.721, No.98, eff. imd.) 2000 Amendment. Section 3(1) of Act 98

237) Provided that the amendment of section 2903 shall apply to offenses

238) Committed on or after the effective Date of Act 98. See the preamble to

239) Act 98 in the appendix to this title for Special provisions relating to

240) Legislative intent.

241) Cross References, section 2903 is referred to in sections 5303, 6102 of

242) Title 23 (Domestic Relations).

**F. <u>Response to Defendants initial argument</u>**

1) In page one of Defendants argument; paragraph 1 through 6, both

2) Parties admittedly agree on the facts attesting to an altercation having

3) Taken place inside the 1501 Arch St. Philadelphia County Family Court

4) Building on; Sunday, March 19th, 2017 around the mid afternoon hours

5) Of 2:30 and 3 PM.

6) Both the parties argue the reasons behind the arrest and Defendant

7) Offers no evidence in support of the charges.

8) Plaintiff, J.V. has used this opportunity to offer additional

9) Medical evidence in support of his, October 22nd, 2019 third amended

10) Complaint and in subsequent alphabetical order with previously

11) Submitted evidence under Exhibit, (D) and (F) one March 21st, 2017

12) Through June 12th, 2017 fourteen page medical history report

13) Documenting injuries which Plaintiff, J.V. continues alleging are the

14) Direct result of the unwarranted, unprovoked and unprosecuted arrest

15) Which took place on March 19th, 2017.

16) In page two of Defendants argument, paragraph 12 Defendant states

17) Plaintiff, J.V. assaulted Defendant as the leading cause for the arrest

18) Which in fact is inaccurate as to the facts in part due to Plaintiff, J.V.'s

19) Intentional efforts to maintain a respectful amount of distance between

20) Defendant; Deputy, Badge no. 609 throughout the discussion and

21) Argument prior to the unprovoked assault and unwarranted arrest

22) Which Plaintiff, J.V. continues alleging was an attempt to cover up the

23) Assault and is still the primary cause of Plaintiff, J.V.'s injuries.

24) Plaintiff, J.V. was not escorted out of the Philadelphia family court

25) Building, rather, Plaintiff, J.V. was instructed to exit the building and

26) While In compliance with both of the officer's verbal commands was

27) Engaged without provocation and physically assaulted by Defendant;

28) Deputy, Badge no. 609.

29) Plaintiff, J.V's cause for actions taken are stated directly below in

30) Section; G; of this petition and titled, Cause for actions taken; were in

31) Plaintiff, J.V. seeks monetary relief in the amount of $120,000.00 for

32) Four years of pain and suffering caused by the Philadelphia county

33) Sheriff's Department's unwarranted assault and arrest.


## G. **Cause for Actions Taken**

1) Plaintiff is seeking recoverable damages and compensatory remedies

2) Adding up but not limited to a total of $120,000.00 dollars for financial

3) Obligations, personal and household expenses and loss of income

4) Accrued from 2017 through 2019 along with all pending penalties

5) Attached to a guilty verdict of any and or all allegation charges being

6) Brought forth in this court.

7) Plaintiff is seeking recoverable damages and or compensatory

8) Remedies in the form of financial compensation adding up but not

9) Limited to four years worth of fulltime earned income at hourly wage

10) Prior to employment hardship plus yearly expenses before taxes

11) Doubled due to fulltime direct hire employment hardship (2017-

12) 2019), ability to earn income hardship (2017-2019), ongoing financial

13) Expenses (2017-2019), ongoing personal expenses (2017-2019),

14) Ongoing medical treatment and medical condition, effort, hardship and

15) Burden (2017-2019) as supported by evidence previously made

16) Available to the record under; Exhibits, (D)(F)(G) and (J-O) one social

17) Security disability benefit claim, final agency appeal application and

18) Instructions along with any and or all bending legal fees and legal

19) Penalties upon final judgment by this court, thank you.


## H. **Conclusion**

1) Plaintiff, J.V. is requesting leave until June 22nd, 2021 to continue his

2) Efforts securing video surveillance footage from inside the Philadelphia

3) Family court building as supported by this entry's supplemental

4) Evidence, under Exhibits (A-O), thank you.

# Exhibit

# A

Philadelphia County's Family Court order

1 page



CASE ID. 0C1001002 ORDER DATE: 3RD JANUARY, 2017



## IN THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY
### FAMILY COURT DIVISION

JONATHAN VALENTIN
PETITIONER

VS.                                    CASE ID.

REBECCA L. MASTROBATTISTA
RESPONDENT

## ORDER

AND NOW, THIS 3RD DAY OF JANUARY , 2017, IT IS HEREBY ORDERED AS FOLLOWS:

PETITION FOR CONTEMPT OF CUSTODY FILED SEPTEMBER 9, 2016 BY FATHER,
JONATHAN VALENTIN IS RESOLVED AS FOLLOWS:

COMMENCING SUNDAY JANUARY 8, 2017, FATHER SHALL HAVE SUPERVISED PHYSICAL
CUSTODY OF THE CHILD CHRISTIAN VALENTIN, BORN JULY 10, 2007, FROM 2:30
P.M. TO 4:30 P.M/ AND EVERY OTHER SUNDAY THEREAFTER, AT THE FAMILY COURT
NURSERY, LOCATED ON THE SECOND FLOOR, 1501 ARCH STREET, PHILADELPHIA PA.
ALL PARTIES ARE TO APPEAR FIFTEEN (15) MINUTES EARLY WITH A COPY OF THIS
ORDER AND PHOTO IDENTIFICATION.

IF FATHER MISSES TWO (2) CONSECUTIVE VISITS HIS SUPERVISED PHYSICAL
CUSTODY SHALL BE SUSPENDED PENDING FURTHER ORDER OF COURT.

NOTICE OF INTENT TO RELOCATE: NO PARTY MAY MAKE A CHANGE IN THE RESIDENCE
OF ANY CHILD WHICH SIGNIFICANTLY IMPAIRS THE ABILITY OF THE OTHER PARTY TO
EXERCISE CUSTODIAL RIGHTS WITHOUT FIRST COMPLYING WITH ALL THE APPLICABLE
PROVISIONS OF 23 PA C.S. 5337 AND PA. R.C.P. NO 1915.17 REGARDING
RELOCATION.

BY THE COURT:

HONORABLE DANIEL SULMAN J.

OR622 \\ REV 9/05
VA055521

Page 1 of 2

# Exhibit

# B

Police incented report
D.C. no. 17-09-10325
2 pages

# Exhibit

# B

Police incented report

D.C. no. 17-09-10325

2 pages

PHILADELPHIA POLICE DEPARTMENT
## COMPLAINT OR INCIDENT REPORT

| YEAR | DISTRICT | DC NO | | | | UCR NO | REPORT DATE |
|------|----------|-------|---|---|---|--------|-------------|
| 17 | 9 | 10325 | 2 | 9 | | | 3-19-17 |

CLASS OF INCIDENT / JUSTIFICATION: Assault / Other ____ 83  3.15 0/000

LOCATION OF OCCURRENCE: 1501 Arch St Lobby

DATE OF OCCUR: 3-19-17   DAY CODE: 7   TYPE OF OCCUR: 3/0   NATURE OF INJURY:

COMPLAINANT: Derrick murphy   42  3 pm

DESCRIPTION OF INCIDENT:

S/Assault on Police. Defendant was on location
for sunday visit. Def. became loud and yelling
at court staff for being late for visit. Def was
told he had to exit the property immediately
he became verbally aggressive. during this
time, I was struck in the face. Def was placed
under arrest and Transported to the 9th Dist

WITNESS: Jonathan Valentin

REPORT PREPARED BY: Murphy #609

REVIEWED BY: ____ 541   DIST: 9

75-48 Prev (Rev 11/08)

PHILADELPHIA POLICE DEPARTMENT
## COMPLAINT OR INCIDENT REPORT

| YEAR | DIST./DIV. | D.C. NO. | SECT. | DIST. | VEH. NO. | REPORT DATE |
|---|---|---|---|---|---|---|
| 17 | 9 | 10325 | 2 | 9 | | 3-19-17 |

CRIME OR INCIDENT CLASSIFICATION: Assault Other    CODE: 813
TIME OUT: 3:15   TIME IN: 4:00   A

LOCATION OR OCCURRENCE: 1501 Arch ST Lobby    IN   OUT    80

DATE OF OCCUR: 3-19-17   DAY CODE: 7   TIME OF OCCUR: 3/0   NATURE OF INJURY:

COMPLAINANT: Derrick murphy    AGE: 42   RACE: B   SEX: m   PHONE (HOME):

ADDRESS: 1501 Arch ST    PHONE (BUSINESS): 686-3626

FOUNDED: ☒Yes ☐No   REFER TO FOLLOW: ☐Yes ☐No   ☐Close Out   UNIT: 6000   CODE:   INV. CONT. NO.

WITNESS: ☐Yes ☐No   DISPOSABLE PROP.: ☐Yes ☐No   UNIQUE DESCRIPTION OF OFFENDER: ☐Yes ☐No   OTHER EVIDENCE: ☐Yes ☐No

DESCRIPTION OF INCIDENT (Include Description of Crime Scene if Applicable):

S/Assault on Police. Defendant was on location
For sunday visit. Def. became loud and yelling
at court staff for being late. For visit. Def was
told he had to exit the property immediately
he became verbally aggressive. during this
time I was struck in the Face. Def was placed
under Arrest and Transported to the 9th Dist.

WITNESS:    ADDRESS:    PHONE NO:

OFFENDER INFORMATION:
Jonathan VAlentin - 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
8229 Roosevelt BlvD Phil. PA. 19152

PROPERTY DESCRIPTION (Include Make, Model, Color and Serial No. Where Applicable):   PROP. CODE   INSUR/CO: ☐Yes ☐No   STOLEN VALUE: $

ApT 19.  D.O.B - 9-22-82
O.L.N  26-689-457.

VEHICLE 1 OWNER'S NAME    VEHICLE 2 OWNER'S NAME

VEHICLE 1 DRIVER'S NAME    VEHICLE 2 DRIVER'S NAME

WANTED/STOLEN MESSAGE SENT    DISTANCE/TERMINAL    RECEIPT NO    SENT BY
General No.    Date

REPORT PREPARED BY: Murphy 275113 #609.    RECEIPT NO    DIST/UNIT: Dist   TOTAL PAGES:   PAGE NO:

REVIEWED BY: Sgt DeCas    NO: 541   DIST: 9   REFERRAL DATE:   CRN NO:

PURSUANT TO ACT 155 OF 1982, THE BELOW PERSON ACKNOWLEDGES RECEIPT OF THE NOTIFICATION OF VICTIM SERVICES FORM.

75-48 Front (Rev. 11-91)

# Exhibit

# C

City of Philadelphia, 9th District, Police Department, Property Receipt

and

City of Philadelphia, 9th District, Police Department, Desk Supervisor bag no.

5698

2 pages

| PROPERTY RECEIPT | COMPLAINT TAKEN? | | | No. **3286200** |
|---|---|---|---|---|
| ☐ LOST AND FOUND | Pending V [illegible] | | DATE 7/10/17 TIME [illegible] M | DISTRICT 57 UNIT |
| ☐ FOR INVESTIGATION | ADDRESS 8991 Roosevelt Blvd | | LAB/USER FEE REQUESTED ☐ YES ☒ NO | DC No. 17 09 10570 |
| ☒ PERSONAL PROPERTY FOR SAFEKEEPING | OWNER (If Known) S/A | | | SEIZURE No. |
| | ADDRESS S/A | | | |
| ☐ EVIDENCE | DEFENDANT'S NAME S/A | | BULK OF PROPERTY STORED AT C. Fu PD II | |

**ITEMS OF PROPERTY AND CIRCUMSTANCES UNDER WHICH IT WAS RECEIVED INCLUDING THE EXACT LOCATION TAKEN FROM**

[handwritten, illegible]

---

| If the person from whom the above amount of money and/or property was taken does not sign below, state reason why: | RECEIVED BY POLICE DEPARTMENT |
|---|---|
| | Arresting or Receiving Officer. (If personal property for safekeeping, Desk Supervisor is the Receiving Officer) |
| PERSON FROM WHOM TAKEN (Signature) | |
| WITNESS (Signature) [illegible]   BADGE No. (Type) | SIGNATURE [illegible]   BADGE No. (Type) |

**TRANSFERRED TO EVIDENCE CUSTODIAN/COLLECTOR**

I hereby acknowledge receipt of the above listed items.

| (Date) | (Time) | (Evidence Custodian/Collector) |
|---|---|---|

**RELEASE FROM CUSTODY OF POLICE DEPARTMENT**

This will acknowledge the receipt from the Police Department of the City of Philadelphia of the amount of money and/or property listed above, and will constitute the release of the City of Philadelphia and its agencies from any and all future responsibility therefor.

| ☐ Returned to Owner or Agent | RECEIVED BY (Owner or Agent) |
|---|---|
| ☐ Confiscated by Court | OWNER OR AGENT (Signature) |
| ☐ Destroyed by Order of Court | |
| Petition No. | WITNESS (Signature)   BADGE No.   DATE |
| ☐ Escheat to State | |
| Escheat List No. | RECEIVED BY (Other than Owner or Agent) |
| ☐ To Department of Collections | SIGNATURE AND TITLE |
| ☐ Other Disposition (Explain) | |
| | WITNESS   DATE |
| | POLICE DEPARTMENT |

PERSON SURRENDING COPY

| PROPERTY RECEIPT | FROM WHOM TAKEN Jonathan Valentin | AGE 31 | SEX M | No 3286200 |
|---|---|---|---|---|

LOST AND FOUND

FOR INVESTIGATION

☒ PERSONAL PROPERTY FOR SAFEKEEPING

EVIDENCE

ADDRESS 8427 Roosevelt Blvd

OWNER (If Known) S/A

ADDRESS S/A

DEFENDANT'S NAME S/A

DATE 1/11/17  TIME M  DISTRICT 02  UNIT

LAB USER FEE REQUESTED ☐ YES ☐ NO   DC. NO. 17517

SEIZURE NO.

BULK OF PROPERTY STORED AT City Hall

**ITEMS OF PROPERTY AND CIRCUMSTANCES UNDER WHICH IT WAS RECEIVED INCLUDING THE EXACT LOCATION TAKEN FROM**

1 male arrested under DC# 17 02 10035
Prop held while in custody, listed items.
1 Black Tagus Book Bag w/ B-Rs Per minors
Cont. the following

**If the person from whom the above amount of money and/or property was taken does not sign below, state reason why:**

PERSON FROM WHOM TAKEN (Signature)

WITNESS (Signature)  BADGE NO. (Type) 5535

**RECEIVED BY POLICE DEPARTMENT**

Arresting or Receiving Officer: (If personal property for safe-keeping, DeskSupervisor is the Receiving Officer)

SIGNATURE  BADGE NO. (Type)

**TRANSFERRED TO EVIDENCE CUSTODIAN/COLLECTOR**

I hereby acknowledge receipt of the above listed items.

_____    _____    _____
(Date)                    (Time)                    (Evidence Custodian/Collection)

**RELEASE FROM CUSTODY OF POLICE DEPARTMENT**

This will acknowledge the receipt from the Police Department of the City of Philadelphia of the amount of money and/or property listed above, and will constitute the release of the City of Philadelphia and its agencies from any and all future responsibility therefor.

Returned to Owner or Agent
Confiscated by Court
Destroyed by Order of Court
    Petition No. _____
Escheat to State
    Escheat List No. _____
To Department of Collections
Other Disposition (Explain):

**RECEIVED BY** (Owner or Agent)

OWNER OR AGENT (Signature)

WITNESS (Signature)   BADGE NO.   DATE

**RECEIVED BY** (Other than Owner of Agent)

SIGNATURE AND TITLE

WITNESS   DATE

POLICE DEPARTMENT

PERSON SURRENDERING COPY

# Exhibit

# D

Hahnemann University Hospital, emergency room

Intake and discharge report

5 pages

**Hahnemann University Hospital**
230 N. Broad Street
Philadelphia, PA 19102-1121
Phone: 2157627000

**Patient Education & Visit Summary**

**PERSON INFORMATION**

**Name:** VALENTIN, JONATHAN

**Address:** 1110 ELBRIDGE ST PHILADELPHIA PA 19111-5520 **Phone:** 2152149431

**DOB:** 09/22/1982 **MRN:** 1071296 **Acct#:** 76066091

**Arrival Time:** 03/19/2017 17:28:00 **Discharge Time:**

**VISIT INFORMATION**

**Presenting Complaint:** pt reports he has a sharp pain runnig down the right side of his neck and down his right shoulder that started today at that custody court house, reprots he was shakened

**Patient Diagnosis:** Contusion of knee; Neck pain; Shoulder sprain

**Primary Care Provider:** NO DOCTOR PCP, PCP
**Primary Physician:** MORRIS-MCMULLEN CRNP, MILLICENT

**Allergy Info:** NKA

**Discharge Location:**

**FOLLOW-UP WITH:**

| With: | Address: | When: |
|---|---|---|
| Drexel Orthopedics Clinic-Philadelphia, PA | 216 N Broad St  Philadelphia, PA 19102 (215)762-2663 Business (1) | Within 3-5 days |

**Comments:**

Recheck today's complaints

Name: VALENTIN, JONATHAN               1 of 21                    03/19/2017 21:36:16
MRN: 1071296

**With:**                    **Address:**                   **When:**

Return to ED for worsening of                              Within 1-2 days
symptoms.

**Comments:**

Recheck today's complaints


**With:**                    **Address:**                   **When:**

Follow up with Specialist                                  Within 1-2 days

**Comments:**

Recheck today's complaints


**With:**                    **Address:**                   **When:**

PCP NO DOCTOR               BROAD & VINE STREET            Within 1-2 days
                            PHILADLEPHIA, PA  19102


**If you should have _any_ difficulty making arrangements,** please call the Emergency Department. If
you have a problem and are not able to contact your primary care provider, you may return to the
Emergency Department at any time.

**PATIENT EDUCATION INFORMATION GIVEN:**

Shoulder Rehab Exercises-SportsMed; Shoulder Pain, Easy-to-Read; Muscle Strain, Easy-to-Read;
RICE for Routine Care of Injuries, Easy-to-Read; Contusion, Easy-to-Read; Shoulder Sprain

**IMMUNIZATIONS:**

**MAJOR TESTS AND PROCEDURES:**


**Laboratory Orders**
No laboratory orders were placed.

**Radiology Orders**

| Name | Status |
|------|--------|
| CT Spine Cervical W/O Contrast | InProcess |
| XR Knee 4 View Minimum Right | InProcess |
| XR Shoulder Complete Min 2 Views Right | InProcess |

**Cardiology Orders**

No cardiology orders were placed.

| Order Name | Order Details |
|------------|---------------|
| Discharge Patient | Discharge To: Home |
| | Discharge Diet: Resume Home Diet |
| | Discharge Activity: Resume Home Activity |
| | Special Instructions: Follow-up with primary doctor as discussed. Return to ED for worsening of symptoms |

## MEDICATIONS:

*Your discharge prescriptions may be printed, or transmitted electronically to the pharmacy. If there are any issues with your prescriptions, please call the Emergency Department. If you received a prescription for medication(s) today it is important that when you fill this you let the pharmacists know all the other medications that you are on and any allergies you might have. It is also important that you notify your follow-up physician of all your medication including the prescriptions you may receive today.*

**Additional Medications**

**Printed Prescriptions**

**cyclobenzaprine (Flexeril 10 mg oral tablet)** 1 tab, Oral, Three times a day, may cause drowsiness, 5 day, As Needed, Muscle Pain, Refills: 0
Last Dose Given_____Take next dose_____

**ibuprofen (ibuprofen 600 mg oral tablet)** 1 tab, Oral, Three times a day, not to exceed 3200 mg/day with food or milk, 14 day, As Needed, as needed for pain, Refills: 0
Last Dose Given_____Take next dose_____

## FINAL ACTIVE MEDICATION LIST:

*We have provided this final list of active medications as a courtesy so that you can easily update your home records and provide to your physician(s). These are the only medications that you should be taking.*

- **cyclobenzaprine (Flexeril 10 mg oral tablet)** 1 tab, Oral, Three times a day, may cause drowsiness, 5 day, As Needed, Muscle Pain, Refills: 0

- **ibuprofen (ibuprofen 600 mg oral tablet)** 1 tab, Oral, Three times a day, not to exceed 3200 mg/day with food or milk, 14 day, As Needed, as needed for pain, Refills: 0

*Please review carefully and let us know if you have any questions or concerns. Take only the medications listed above. Contact your primary care provider prior to taking any medications NOT on this list.*

# Exhibit

# E

Philadelphia County Sheriff's Department complaint application

5 pages



# OFFICE OF THE SHERIFF

## CITY & COUNTY OF PHILADELPHIA

Land Title Building
100 South Broad Street, 5th Floor, Philadelphia, PA 19110
**The Honorable Jewell Williams, Sheriff**

## REAL ESTATE CONSTITUENT REPORT

**DATE OF CALL:** 4/13/2017          **TIME:** 4 PM

**REFERRED BY:** _____          **BOOK/WRIT#** _____

### CONSTITUENT INFORMATION:

**NAME:** Jonathan Valentin          **CONTACT TELE.#** 215-214-9431

**ADDRESS:** 1110 Elbridge St. Phila, P.A.   **E-MAIL:** jonathanbltn@aol.com

### CONSTITUENT INQUIRY

| | | |
|---|---|---|
| ____ Status of Property | ____ Deed Matter | ____ Liability Matter |
| ____ Accounting Matter | ____ Workshop Inquiry | ✓ Other: Police misconduct |

**BRIEF DESCRIPTION OF PROBLEM**
On March 19, 2017, Sunday while in the
Philadelphia Family court house on **1501 Arch st**
I was attacked by a sheriff department
officer.

**RESOLUTION:**
Still unresolved

**REFERRED TO FOR FURTHER RESOULTION /COMPLETION:**

**Initial Constituent Inquiry Received By:** Sgt. Brown     Date of Service(s) 04/13/17

**Constituent Matter Handled By:** _____     _____

**Constituent Matter Resolved By:** _____     _____

### PLEASE MAINTAIN ALL FILES, REPORTS AND FORMS REGARDING CASE

**All Completed Forms should be returned to:**   **RICK TYER**

REVISED: April 3, 2017
FORM: Real Estate Constituency Form

**Real Estate Constituent Report:**

ADDITIONAL INFORMATION

The incident took place at 1501 Arch st on Sunday March 19 2017 3 pm. I was at the family court house visiting my son and was asked to come back the following week for being late. While speaking with the court staff officer Murphy bag #609 became violent and unproffesional I asked him for his bag number and he attacked me. I was placed into custody till the next day for assulting an officer and then set free the following day. Please investigat, thank you.

Their were two family court house staff employees present while the incident took place along with another Sheriff's officer named Rodriguez

_Smalley Valant_                           04/13/2017

**Intake Form Questionnaire:**

Last name, first name:  Valentin Jonathan

Date:  03/26/2017

Address:  1110 Elbridge St.
Phila. PA. 19111

Home telephone:  215-214-9431 / 267-591-8204

Work telephone:

Cell phone:

Home e-mail address:  Jonathan Vltn @ Aol.com

Best time to call:  Evening

Your age:  34

Date of Birth:  09/22/1982

Your salary or hourly
rate of pay:  N/A

Describe how you feel your rights were violated or explain the issue about which you are
concerned:

On March 19 Sunday 2017 I was
attacked by a Sheriff's department
police officer inside the custody
court house on 1501 Arch St. Phila
PA Center City South Philadelphia
location. The officer's bag number
is 609 and his name is Murphy. This
happened during my supervised custody
appointment sometime around 3pm.
I showed up 20 minutes late after
calling the court house and my son's
matter to inform them and the court

employees told my son's mother she had to leave. I met with my son's mother, Rebbecca lynn Mastrobatistta and my son Christian James Valenti, outside of the court house and after speaking with them we spoke with the court staff. At this time the officer, bag number 608, last name Murphy came over to releave the court employees from the sing in booth. I asked if I could please still see my son during my visiting hours. My visiting hours are from 2:30 pm till 4:30 pm every other Sunday, case identification number OC1001002. The officer began to make fun of me in front of my son. I asked him for his bag number then he attacked me and placed me under arrest. I was sent to the hospital's ER due to a neck injury and charged with assulting a police officer. The charges were droped and I was sent home with medication. It's been one week since the attack took place and my neck injury is increase in pain. I have to go to my doctor for an MRI and for treatment, please help, thank you. I was placed in a chock hold and thrown into a wall then on the floor, all while holding my book bag. This happened in front of several cameras inside and outside of the court house.

When (on what date) did these events occur?

March 19, 2017

Were you falsely arrested? Are there currently charges against you?

Yes, charges were dropped.

How did you hear of Greenblatt Pierce Funt & Flores? Please be specific.

Online and yellow pages.

# Exhibit

# F

March 21st, 2017 through June 12th, 2017

medical history report

14 pages

MEDICAL RECORD NUMBER
*101355604*

**PCM–Center One**
(215) 827–1666
1995

PATIENT NAME:   **VALENTIN, JONATHAN**          DOB:  09/22/82
                                                                                      AGE:  34 Years
PREFERRED PHONE:  (215) 214–9431

ADMIT DATE:       03/21/17                                           HGT / WT: 175 cm/74.933 kg
                                                                                      SEX:  Male

ALLERGIES:   **No Known Allergies**

---

## ORDER:  REFERRAL

ORDER DATE/TIME:        03/21/17 14:32
ORDERING MD:             Spence DO, Robin
ORDER ENTERED BY:     Spence DO, Robin
ORDER NUMBER:          1881073177

Requested Start Date/Time        03/21/17 14:32:00 EDT
Priority                                      Routine
Provider Group                          Spine Institute
Reason For Referral                   Cervical Neck and Bilateral shoulder pain and decreased ROM
Evaluate And Treat                    Yes
Practice Name                          Einstein Spine Institute
Practice Phone Number             215–456–4716

Spence DO, Robin  (E–Sig.)
_____
License Number #: _____
NPI #: 1245410836

*Bendoni*

ORDER  **REFERRAL**                                                      REFERRALREQ



Visit Summary for **VALENTIN, JONATHAN**

We would like to thank you for allowing us to assist you with your healthcare needs. Our entire staff strives to provide an excellent experience for our patients and their families. The following includes information regarding your visit.

**Visit Information**
   **PCM-Center One**
   9880 Bustleton Ave Philadelphia, PA, 19115
   **Phone:** (215) 827-1666   **Fax:** --

   **Visit Date:** 03/21/2017  3:40 PM
   **Scheduled Provider:** Spence, Robin, MD

**Diagnoses This Visit**
   Acute pain of both shoulders (M25.511)
   Cervical pain (neck) (M54.2)
   Contusion of right knee (S80.01XA)
   Disorder of left rotator cuff (M67.912)
   Disorder of right rotator cuff (M67.911)
   Sprain of cervical neck (S13.9XXA)

**Allergies**
   No Known Allergies

**Medications**

   No Medications Documented

**Immunizations**
   No Immunizations Documented This Visit

Name: VALENTIN, JONATHAN
DOB: 9/22/1982
FIN: 35046473                          03/21/2017 14:40:23                          1 of 3

**Comment**

**Orders**

**Vital Signs This Visit:**

     Temperature -

     Blood Pressure (Sys/Dia): 110 mmHg / 80 mmHg

**Measurements This Visit:**

     Height/Length (inches): 69 in

     Weight (pounds):

     Body Mass Index:

  No future appointments scheduled

**Patient Education Materials Provided this Visit:**

Name: VALENTIN, JONATHAN
DOB: 9/22/1982
FIN: 35046473                                                    03/21/2017 14:40:23                                    2 of 3

*Please Tell Us How We're Doing*

We want to know what you think! If you get an email or phone survey about your visit, please take a few minutes to complete the short, anonymous questionnaire so we can continue our efforts to get even better at what we do. Thank you for choosing Einstein!

*What Is a MY Einstein Health Patient Portal?*

It is a free and secure, password protected web-based site called a "portal" that gives you access to your Einstein Healthcare Network medical records including:

- your recent visits
- prescriptions
- lab results
- conditions
- immunization records
- medical procedures and discharge instructions

*How Do I Get Access to MY Einstein Health?*
To get started with enrollment to your My Einstein Health, ask your health care provider to register you at your next appointment or admission to an Einstein facility. Currently, My Einstein Health registration requires an in-person visit to an Einstein Healthcare facility (hospital, doctor offices, out-patient centers, etc.) for security purposes. Creating your account will give you secure, password protected access to your health information and medical records.

*How to complete access to your MY Einstein Health patient portal?*
After you have registered, you will receive an email initiation with further instructions to complete your MY Einstein Health account.
If you do not see the email, be sure to check your SPAM folder!
You can also download the HealtheLife app on either your Android or iOS Device.
We look forward to providing you with better access to your healthcare information through this convenient and secure tool.

**If you have any questions in signing up or accessing your secure MY Einstein Health patient portal, please call 1-877-621-8014.**

** Einstein Healthcare Network's electronic medical record vendor, Cerner Corporation, uses IQ Health to provide MY Einstein Health

www.einstein.edu 1-800-EINSTEIN (346-7834)

Name: VALENTIN, JONATHAN
DOB: 9/22/1982
FIN: 36046473                          03/21/2017 14:40:23                          3 of 3



# Einstein
## HEALTHCARE NETWORK

Visit Summary for **VALENTIN, JONATHAN**

We would like to thank you for allowing us to assist you with your healthcare needs. Our entire staff strives to provide an excellent experience for our patients and their families. The following includes information regarding your visit.

## Visit Information
**ORT-Elkins Park**
60 E Township Line, Ground Floor Elkins Park, PA, 19027
**Phone:** (215) 663-6800   **Fax:** ‒ 215-663-6865

**Visit Date:** 03/31/2017  1:30 PM
**Scheduled Provider:** Williams, Eric, MD

## Diagnoses This Visit
Cervical myelopathy with cervical radiculopathy (M47.12)

## Allergies
No Known Allergies

## Medications

Prescription sent to:

cyclobenzaprine (cyclobenzaprine 10 mg oral tablet) 1 tab(s), Oral, 3 times a day, As Needed, as needed for muscle spasm, Refills: 0

methylPREDNISolone (Medrol Dosepak 4 mg oral tablet) 1 packet(s), Oral, once, as directed on package labeling, Refills: 0

## Immunizations
No Immunizations Documented This Visit

Name: VALENTIN, JONATHAN
DOB: 9/22/1982
FIN: 35076227

03/31/2017 14:03:25

1 of 3

**Comment**

**Orders**

> **MRI C Spine w/o Contrast** 03/31/17, Once, Routine, Reason: cervical myeolpathy, radiculopathy, History: Arm pain, weakness, Pregnant: Unknown, Cervical disc disorder with radiculopathy, Rad Type, MREP

**Vital Signs This Visit:**

> Temperature –

> Blood Pressure (Sys/Dia):  /

**Measurements This Visit:**

> Height/Length (inches): 69 in

> Weight (pounds):

> Body Mass Index:

> Phone: --   Fax: --
> Appt. Date: 03/31/2017  01:20:00 pm
> Scheduled Provider: MREP GD RAD

**Patient Education Materials Provided this Visit:**

Name: VALENTIN, JONATHAN
DOB: 9/22/1982
FIN: 35076227                                    03/31/2017 14:03:25                                    2 of 3

*Please Tell Us How We're Doing*

We want to know what you think! If you get an email or phone survey about your visit, please take a few minutes to complete the short, anonymous questionnaire so we can continue our efforts to get even better at what we do. Thank you for choosing Einstein!

*What Is a MY Einstein Health Patient Portal?*

It is a free and secure, password protected web-based site called a "portal" that gives you access to your Einstein Healthcare Network medical records including:

- your recent visits
- prescriptions
- lab results
- conditions
- immunization records
- medical procedures and discharge instructions

*How Do I Get Access to MY Einstein Health?*
To get started with enrollment to your My Einstein Health, ask your health care provider to register you at your next appointment or admission to an Einstein facility. Currently, My Einstein Health registration requires an in-person visit to an Einstein Healthcare facility (hospital, doctor offices, out-patient centers, etc.) for security purposes. Creating your account will give you secure, password protected access to your health information and medical records.

*How to complete access to your MY Einstein Health patient portal?*
After you have registered, you will receive an email initiation with further instructions to complete your MY Einstein Health account.
If you do not see the email, be sure to check your SPAM folder!
You can also download the HealtheLife app on either your Android or iOS Device.
We look forward to providing you with better access to your healthcare information through this convenient and secure tool.

If you have any questions in signing up or accessing your secure MY Einstein Health patient portal, please call **1-877-621-8014**.

** Einstein Healthcare Network's electronic medical record vendor, Cerner Corporation, uses IQ Health to provide MY Einstein Health

www.einstein.edu 1-800-EINSTEIN (346-7834)

Name: VALENTIN, JONATHAN
DOB: 9/22/1982
FIN: 35076227                                    03/31/2017 14:03:25                                    3 of 3

MEDICAL RECORD NUMBER
**\*101355604\***

**ORT–Elkins Park**
(215) 663–6800

PATIENT NAME:   **VALENTIN, JONATHAN**

DOB:  09/22/82
AGE:  34 Years

PREFERRED PHONE: (215) 214–9431

ADMIT DATE:       05/12/17

HGT / WT: 175 cm/74 kg
SEX:  Male

ALLERGIES:   **No Known Allergies**

## ORDER:  REFERRAL

| | |
|---|---|
| ORDER DATE/TIME: | 05/12/17 15:29 |
| ORDERING MD: | WILLIAMS MD,ABOS, ERIC A |
| ORDER ENTERED BY: | WILLIAMS MD,ABOS, ERIC A |
| ORDER NUMBER: | 1973752753 |

| | |
|---|---|
| Requested Start Date/Time | **05/12/17 15:29:00 EDT** |
| Priority | **Routine** |
| Provider Group | **Physical Therapy** |
| Reason For Referral | **Cervical myofascial syndrome.  C6–7 foraminal stenosis** |
| Preliminary Diagnosis | **.** |
| Evaluate And Treat | **Yes** |
| Special Instructions | **2–3 Times per Week for 6–12 weeks** |
| | **Neck, bilateral shoulder and periscapular strengthening exercises** |
| Practice Name | **Orthopedics** |

<u>**WILLIAMS MD,ABOS, ERIC A**</u>  (E–Sig.)

License Number #: MD068173L

NPI #: 1992763445

ORDER   **REFERRAL**                                                REFERRALREQ



Visit Summary for **VALENTIN, JONATHAN**

We would like to thank you for allowing us to assist you with your healthcare needs. Our entire staff strives to provide an excellent experience for our patients and their families. The following includes information regarding your visit.

## Visit Information
**ORT-Elkins Park**
60 E Township Line, Ground Floor Elkins Park, PA, 19027
**Phone:** (215) 663-6800   **Fax:** --

**Visit Date:** 05/12/2017  1:00 PM
**Scheduled Provider:** Williams, Eric, MD

## Diagnoses This Visit
Cervical disc disorder with radiculopathy (M50.10)
Cervical myofascial pain syndrome (M79.1)

## Allergies
No Known Allergies

## Medications

Prescription sent to:

cyclobenzaprine (cyclobenzaprine 10 mg oral tablet) 1 tab(s), Oral, 3 times a day, As Needed, as needed for muscle spasm, Refills: 0

cyclobenzaprine (cyclobenzaprine 10 mg oral tablet) 1 tab(s), Oral, 3 times a day, As Needed, as needed for muscle spasm, Refills: 0

methylPREDNISolone (Medrol Dosepak 4 mg oral tablet) 1 packet(s), Oral, once, as directed on package labeling, Refills: 0

Other Medications

Name: VALENTIN, JONATHAN
DOB: 9/22/1982
FIN: 35141685                                05/12/2017 15:38:38                                1 of 3

ibuprofen (ibuprofen 600 mg oral tablet) , Refills: 0

## Immunizations
No Immunizations Documented This Visit

**Comment**

**Orders**

**Vital Signs This Visit:**

Temperature -

Blood Pressure (Sys/Dia): /

**Measurements This Visit:**

Height/Length (inches): 69 in

Weight (pounds): 163 lb

Body Mass Index: 24.2 kg/m2

No Scheduled Appointments

**Patient Education Materials Provided this Visit:**

Name: VALENTIN, JONATHAN
DOB: 9/22/1982
FIN: 35141685                              05/12/2017 15:38:38                              2 of 3

*Please Tell Us How We're Doing*

We want to know what you think! If you get an email or phone survey about your visit, please take a few minutes to complete the short, anonymous questionnaire so we can continue our efforts to get even better at what we do. Thank you for choosing Einstein!

*What Is a MY Einstein Health Patient Portal?*

It is a free and secure, password protected web-based site called a "portal" that gives you access to your Einstein Healthcare Network medical records including:

- your recent visits
- prescriptions
- lab results
- conditions
- immunization records
- medical procedures and discharge instructions

*How Do I Get Access to MY Einstein Health?*

To get started with enrollment to your My Einstein Health, ask your health care provider to register you at your next appointment or admission to an Einstein facility. Currently, My Einstein Health registration requires an in-person visit to an Einstein Healthcare facility (hospital, doctor offices, out-patient centers, etc.) for security purposes. Creating your account will give you secure, password protected access to your health information and medical records.

*How to complete access to your MY Einstein Health patient portal?*

After you have registered, you will receive an email initiation with further instructions to complete your MY Einstein Health account.
If you do not see the email, be sure to check your SPAM folder!
You can also download the HealtheLife app on either your Android or iOS Device.
We look forward to providing you with better access to your healthcare information through this convenient and secure tool.

**If you have any questions in signing up or accessing your secure MY Einstein Health patient portal, please call 1-877-621-8014.**

** Einstein Healthcare Network's electronic medical record vendor, Cerner Corporation, uses IQ Health to provide MY Einstein Health

www.einstein.edu 1-800-EINSTEIN (346-7834)

Name: VALENTIN, JONATHAN
DOB: 9/22/1982
FIN: 35141685                                   05/12/2017 15:38:38                                   3 of 3



Visit Summary for **VALENTIN, JONATHAN MRN 101355604**

We would like to thank you for allowing us to assist you with your healthcare needs. Our entire staff strives to provide an excellent experience for our patients and their families. The following includes information regarding your visit.

## Visit Information
**PCM-Center One**
9880 Bustleton Ave Philadelphia, PA, 19115
**Phone:** (215) 827-1666   **Fax:** --

**Visit Date:** 06/12/2017  10:40 AM
**Scheduled Provider:** Spence, Robin, MD

## Diagnoses This Visit
Cervical disc disorder with radiculopathy (M50.10)
Cervical myelopathy with cervical radiculopathy (M47.12)
Cervical myofascial pain syndrome (M79.1)
Encounter for circumcision (Z41.2)

## Allergies
No Known Allergies

## Medications

Prescription sent to:

cyclobenzaprine (cyclobenzaprine 10 mg oral tablet) 1 tab(s), Oral, 3 times a day, As Needed, as needed for muscle spasm, Refills: 0

cyclobenzaprine (cyclobenzaprine 10 mg oral tablet) 1 tab(s), Oral, 3 times a day, As Needed, as needed for muscle spasm, Refills: 0

lidocaine topical (CidalEaze 3% topical cream) 1 app, Topical, 3 times a day, As needed for muscle pain and spasms., 5 day(s), Refills: 1

Name: VALENTIN, JONATHAN
DOB: 9/22/1982
FIN: 35386985                                06/12/2017 11:14:35                                1 of 3

methylPREDNISolone (Medrol Dosepak 4 mg oral tablet) 1 packet(s), Oral, once, as directed on package labeling, Refills: 0

**Other Medications**

ibuprofen (ibuprofen 600 mg oral tablet) , Refills: 0

## Immunizations
No Immunizations Documented This Visit

**<u>Comment</u>**

**Orders**

**Vital Signs This Visit:**

Temperature - 98.8 DegF

Blood Pressure (Sys/Dia): 119 mmHg/ 77 mmHg

**Measurements This Visit:**

Height/Length (Inches): 69 in

Weight (pounds): 164.8 lb

Body Mass Index: 24.4 kg/m2

No Scheduled Appointments

**Patient Education Materials Provided this Visit:**

*Please Tell Us How We're Doing*

We want to know what you think! If you get an email or phone survey about your visit, please take a few minutes to complete the short, anonymous questionnaire so we can continue our efforts to get even better at what we do. Thank you for choosing Einstein!

*What Is a MY Einstein Health Patient Portal?*

It is a free and secure, password protected web-based site called a "portal" that gives you access to your Einstein Healthcare Network medical records including:

- your recent visits
- prescriptions
- lab results
- conditions
- immunization records
- medical procedures and discharge instructions

*How Do I Get Access to MY Einstein Health?*
To get started with enrollment to your My Einstein Health, ask your health care provider to register you at your next appointment or admission to an Einstein facility. Currently, My Einstein Health registration requires an in-person visit to an Einstein Healthcare facility (hospital, doctor offices, out-patient centers, etc.) for security purposes. Creating your account will give you secure, password protected access to your health information and medical records.

*How to complete access to your MY Einstein Health patient portal?*
After you have registered, you will receive an email initiation with further instructions to complete your MY Einstein Health account.
If you do not see the email, be sure to check your SPAM folder!
You can also download the HealtheLife app on either your Android or iOS Device.
We look forward to providing you with better access to your healthcare information through this convenient and secure tool.

**If you have any questions in signing up or accessing your secure MY Einstein Health patient portal, please call 1-877-621-8014.**

** Einstein Healthcare Network's electronic medical record vendor, Cerner Corporation, uses IQ Health to provide MY Einstein Health

www.einstein.edu 1-800-EINSTEIN (346-7834)

# Exhibit

# G

Social security disability claim, final date of judgment

4 pages

SOCIAL SECURITY ADMINISTRATION

Form Approved
OMB No. 0960-0277

# REQUEST FOR REVIEW OF HEARING DECISION/ORDER

(**Do not** use this form for objecting to a recommended ALJ decision.)

(Either mail the signed original form to the Appeals Council at the address shown below, or take or mail the signed original to your local Social Security office, the Department of Veterans Affairs Regional Office in Manila, or any U.S. Foreign Service Post and keep a copy for your records.)

**See Privacy Act Notice**

| 1. CLAIMANT NAME | 2. CLAIMANT SSN | 3. CLAIM NUMBER (If different than SSN) |
|---|---|---|
| Jonathan Valentin | 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 | 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 |

4. I request that the Appeals Council review the Administrative Law Judge's action on the above claim because:

Claimant has not been medically cleared to return to work.

[X] Please grant me an extension of time to submit evidence or argument.

## ADDITIONAL EVIDENCE

If you have additional evidence that relates to the period on or before the date of the hearing decision, you must inform the Appeals Council about it or submit it. If you have a representative, then your representative must help you obtain the evidence unless the evidence falls under an exception. You may also submit any other additional evidence to the Appeals Council. If you need additional time to submit evidence or legal argument, you must request an extension of time in writing now. This will ensure that the Appeals Council has the opportunity to consider the additional evidence before taking its action. If you submit neither evidence nor legal argument now or within any extension of time the Appeals Council grants, the Appeals Council will take its action based on the evidence currently in your file.

**IMPORTANT: WRITE YOUR SOCIAL SECURITY NUMBER ON ANY LETTER OR MATERIAL YOU SEND US. IF YOU RECEIVED A BARCODE FROM US, THE BARCODE SHOULD ACCOMPANY THIS DOCUMENT AND ANY OTHER MATERIAL YOU SUBMIT TO US.**

**SIGNATURE BLOCKS:** You should complete No. 5 and your representative (if any) should complete No. 6. If you are represented and your representative is not available to complete this form, you should also print his or her name, address, etc. in No. 6.

I declare under penalty of perjury that I have examined all the information on this form, and on any accompanying statements or forms, and it is true and correct to the best of my knowledge.

| 5. CLAIMANT'S SIGNATURE | DATE | 6. REPRESENTATIVE'S SIGNATURE | DATE |
|---|---|---|---|
| *Jonathan Valentin* | 07/29/2019 | N/A | N/A |
| PRINT NAME | | PRINT NAME  [X] ATTORNEY  [X] NON-ATTORNEY | |
| Jonathan Valentin | | N/A-N/A | |
| ADDRESS          CITY, STATE, ZIP | | ADDRESS          CITY, STATE, ZIP | |
| 1110 Elbridge St. Philadelphia, PA. 19111 | | N/A | |
| TELEPHONE NUMBER | FAX NUMBER | TELEPHONE NUMBER | FAX NUMBER |
| 215-214-9431 | N/A | N/A | N/A |

| THE SOCIAL SECURITY ADMINISTRATION STAFF WILL COMPLETE THIS PART |
|---|

7. Request received for the Social Security Administration on _____ by: _____

(Date)                                              (Print Name)

(Title)          (Address)          (Servicing FO Code)          (PC Code)

8. Is the request for review received within 65 days of the ALJ's Decision/Dismissal?   [ ] Yes   [ ] No

9. If "No" checked:
[ ] (1) attach claimant's explanation for delay; and
[ ] (2) attach copy of appointment notice, letter or other pertinent material or information in the Social Security Office.

10. Check one:
[ ] Initial Entitlement
[ ] Termination or other

11. Check all claim types that apply:
[ ] Retirement or survivors        (RSI)
[ ] Disability-Worker              (DIWC)
[ ] Disability-Widow(er)           (DIWW)
[ ] Disability-Child               (DIWC)
[ ] SSI Aged                       (SSIA)
[ ] SSI Blind                      (SSIB)
[ ] SSI Disability                 (SSID)
[ ] Title VIII Only                (SVB)
[ ] Title VIII/Title XVI           (SVB/SSI)
[ ] Other - Specify:

APPEALS COUNCIL
OFFICE OF DISABILITY ADJUDICATION
AND REVIEW, SSA
5107 Leesburg Pike
FALLS CHURCH, VA 22041 - 3255

Form **HA-520-U5** (01-2016) UF (01-2016)
Destroy Prior Editions

**TAKE OR SEND ORIGINAL TO SSA AND RETAIN A COPY FOR YOUR RECORDS**

Social Security Administration
OFFICE OF APPELLATE OPERATIONS

## ORDER OF APPEALS COUNCIL

**IN THE CASE OF**                           **CLAIM FOR**

                                             Period of Disability
                                             Disability Insurance Benefits
Jonathan Valentin
(Claimant)

                                             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
(Wage Earner)                                (Social Security Number)

The Appeals Council has received additional evidence which it is making part of the record.
That evidence consists of the following exhibits:


Exhibit 14B       Request for Review of Hearing Decision, dated
                  July 29, 2019 (5 pages)

Exhibit 19E       Claimant Correspondence, dated October 1, 2019
                  (28 pages)

Exhibit 20E       Claimant Correspondence, undated (4 pages)


Date: August 14, 2020



Jonathan Valentin (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)                                    Page 2 of 3

on or before the date of the hearing decision. You must also show there is a reasonable
probability that the additional evidence would change the outcome of the decision. You
must show good cause for why you missed informing us about or submitting it earlier.

## Additional Evidence

You submitted various utility and tax bills dated March 8, 2019 to July 10, 2019 (22 pages);
and a police report dated February 20, 2015 (3 pages). This evidence is not material because
it is not relevant to your claim for disability. We did not exhibit this evidence.

You also submitted medical evidence from Hahnemann Hospital dated March 19, 2017 (6
pages). We find this evidence does not show a reasonable probability that it would change the
outcome of the decision. We did not exhibit this evidence.

## If You Disagree With Our Action

If you disagree with our action, you may ask for court review of the Administrative Law
Judge's decision by filing a civil action.

If you do not ask for court review, the Administrative Law Judge's decision will be a final
decision that can be changed only under special rules.

## How to File a Civil Action

You may file a civil action (ask for court review) by filing a complaint in the United States
District Court for the judicial district in which you live. The complaint should name the
Commissioner of Social Security as the defendant and should include the Social Security
number(s) shown at the top of this letter.

You or your representative must deliver copies of your complaint and of the summons issued
by the court to the U.S. Attorney for the judicial district where you file your complaint, as
provided in rule 4(i) of the Federal Rules of Civil Procedure.

You or your representative must also send copies of the complaint and summons, by certified
or registered mail, to the Social Security Administration's Office of the General Counsel that
is responsible for the processing and handling of litigation in the particular judicial district in
which the complaint is filed. The names, addresses, and jurisdictional responsibilities of these
offices are published in the Federal Register (70 FR 73320, December 9, 2005), and are
available on-line at the Social Security Administration's Internet site,
http://policy.ssa.gov/poms.nsf/links/0203106020.

You or your representative must also send copies of the complaint and summons, by certified
or registered mail, to the Attorney General of the United States, Washington, DC 20530.



See Next Page

Jonathan Valentin (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)                                    Page 3 of 3

**Time To File a Civil Action**

- You have 60 days to file a civil action (ask for court review).

- The 60 days start the day after you receive this letter. We assume you received this letter 5 days after the date on it unless you show us that you did not receive it within the 5-day period.

- If you cannot file for court review within 60 days, you may ask the Appeals Council to extend your time to file. You must have a good reason for waiting more than 60 days to ask for court review. You must make the request in writing and give your reason(s) in the request.

You must mail your request for more time to the Appeals Council at the address shown at the top of this notice. Please put the Social Security number(s) also shown at the top of this notice on your request. We will send you a letter telling you whether your request for more time has been granted.

**About The Law**

The right to court review for claims under Title II (Social Security) is provided for in Section 205(g) of the Social Security Act. This section is also Section 405(g) of Title 42 of the United States Code.

The right to court review for claims under Title XVI (Supplemental Security Income) is provided for in Section 1631(c)(3) of the Social Security Act. This section is also Section 1383(c) of Title 42 of the United States Code.

The rules on filing civil actions are Rules 4(c) and (i) in the Federal Rules of Civil Procedure.

**If You Have Any Questions**

If you have any questions, you may call, write, or visit any Social Security office. If you do call or visit an office, please have this notice with you. The telephone number of the local office that serves your area is (866) 331-7840. Its address is:

Social Security Administration
9300 Ashton Rd Unit 4
Philadelphia, PA 19114-3531

/s/ Eun Sook Chung

Eun Sook Chung
Administrative Appeals Judge

Enclosure:  Order of Appeals Council

# Exhibit

# H

Police witness integratory

Sheriff Deputy Officer #502

5 pages

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JONATHAN VALENTIN,

      Plaintiff,                    CIVIL ACTION No. 19-CV-1175

      V.

PHILADELPHIA COUNTY SHERIFF'S

DEPARTMENT,

      Defendants,

### Police witness Integratory

1) Plaintiff, J.V. would like to establish the officer's identity for the record

2) By requesting confirmation of first and last name in order to eliminate

3) Doubt as to the accuracy of the present witness testimony on the record.

4) Officer's first name, _____ and last name, _____.

5) Plaintiff would like to also establish the officer's presence at the scene of

6) The incident on the day in question in order to rule out any doubt as to

7) The witness account of the events on the record.

8) Was Office first name, _____ and last name, _____

9) Present at the Philadelphia Family court building on March 19th, 2017?

10) Yes____ or No____.

11)  Was the Philadelphia Family court building located at 1501 Arch St.

12)  Philadelphia, Pa. 19102 on March 19th, 2017? Yes____ or No____.

13)  Plaintiff would like to continue establishing the witness account of the

14)  Incident for the record by requesting Officer first name, _____

15)  And last name, _____ badge number, _____.

16)  Plaintiff would like to continue by asking Officer first name, _____

17)  And last name, _____ if she was working alongside Officer

18)  Deputy, Murphy on March 19th, 2017? Yes____ or No____.

19)  Additionally, Plaintiff would like to request Officer first name, _____

20)  And last name, _____ for a brief account explanation of the

21)  Events in question on the day of the incident on the record.

22)  Does Officer, first name, _____ and last name, _____

23)  Remember Officer Deputy, Murphy approaching Plaintiff, J.V. on March

24)  19th, 2017? Yes____ or No____.

25)  Does Officer, first name, _____ and last name, _____

26)  Remember whether Plaintiff was alone or with other people when

27)  Office Deputy, Murphy first approached Plaintiff, J.V. on March 19th,

28)  2017? Yes____ or No____.

29)  Was Plaintiff alone with company when Officer Deputy, Murphy initially

34

30) Approached his? _____.

31) Does Officer, first name, _____ and last name, _____

32) Remember what she was doing and where she was in the Philadelphia

33) Family court building when she realized Officer Deputy, Murphy had

34) Initially approached Plaintiff, J.V. on March 19th, 2017? Yes _____ or No

35) _____.

36) What was Officer, first name, _____ and last name,

37) _____ doing when she realized Officer Deputy, Murphy had

38) Approached Plaintiff? _____.

39) Does Officer first name, _____ and last name, _____

40) Remember why Officer Deputy, Murphy initially approached Plaintiff,

41) J.V. on March 19th, 2017? Yes_____ or No_____.

42) What was the reason for Officer Deputy, Murphy approaching Plaintiff

43) On March 19th, 2017? _____.

44) Does Officer first name, _____ and last name, _____

45) Remember both Plaintiff, J.V. and Officer Deputy Murphy's demeanor

46) During the incident in question? Yes_____ or No_____.

47) What was Plaintiff and Officer Deputy, Murphy's demeanor during the

48) Incident in question? _____.

49)  Does Officer first name, _____ and last name, _____

50)  Remember who Plaintiff, J.V. was with during the incident in question?

51)  Yes_____ or No_____.

52)  Who was Plaintiff with during the incident in question? _____.

53)  Does Officer first name, _____ and last name, _____

54)  Remember what happened to Plaintiff's company during the incident in

55)  Question? Yes_____ or No_____.

56)  What happened to Plaintiffs company during the incident I question?

57)  _____.

58)  Does Officer first name, _____ and last name, _____

59)  Remember any special orders given to Plaintiff during the incident in

60)  Question? Yes_____ or No_____.

61)  What special orders was Plaintiff given during the incident in question?

62)  _____.

63)  Does Officer first name, _____ and last name, _____

64)  Remember Plaintiff attempting to collect any special information from

65)  Officer Deputy, Murphy during the incident in question? Yes_____ or

66)  No_____.

67) What special information was Plaintiff attempting to collect from Officer

68) Deputy, Murphy during the initial incident in question? _____.

69) Does Officer first name, _____ and last name, _____

70) Remember the reason for Plaintiff, J.V.'s arrest? Yes_____ or No_____.

# Exhibit

# I

Parent witness Integratory

Plaintiff's childs mother

7 pages

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---

JONATHAN VALENTIN,

      Plaintiff,

      V.

PHILADELPHIA COUNTY SHERIFF'S

DEPARTMENT,

      Defendants,

CIVIL ACTION No. 19-CV-1175

---

### **Parent witness Integratory**

1) Plaintiff, J.V. would like to introduce the witness for the record by

2) establish her identity in order to eliminate doubt as to the accuracy of

3) the parent witness testimony on the record.

4) Parent witness first name, _____ and last

5) Name, _____.

6) Plaintiff would like to also establish the parent witness presence at the

7) Scene of the incident on the day in question in order to rule out any

8) Doubt as to the parent witness account of the events on the record.

9) Was parent witness first name, _____ and last name,

10) _____ present at the Philadelphia family court building on

39

11)  March 19th, 2017? Yes_____ or No_____.

12)  Was the Philadelphia Family court building located at 1501 Arch St.

13)  Philadelphia, Pa. 19102 on March 19th, 2017? Yes_____ or No_____.

14)  Plaintiff would like to continue establishing the witness account of the

15)  Incident for the record by requesting parent witness first name,

16)  _____ and last name, _____ to confirm the custody

17)  Order's time and date for visiting under paragraph two, line one,

18)  Commencing on date, _____, line two, starting at AM or

19)  PM hour, _____ line three, ending at AM or PM hour,

20)  _____ and line five, preferred time of arrival, _____.

21)  Plaintiff would like to continue by asking parent witness first name,

22)  _____ and last name, _____ if she was inside the

23)  Philadelphia family court building as instructed by custody order on

24)  March 19th, 2017? Yes_____ or No_____.

25)  Exactly when did parent witness first name, _____ and last

26)  Name, _____ arrive at the Philadelphia family court building

27)  On March 19th, 2017? _____.

28)  Additionally, Plaintiff would like to request parent witness first name,

29) _____ and last name, _____ for a brief account

30) Explanation of the events in question on the day of the incident on the

31) Record.

32) Does parent witness, first name, _____ and last name,

33) _____ remember being asked to leave the Philadelphia family

34) Court building on March 19th, 2017? Yes ____ or No ____.

35) Where and when in the Philadelphia family court building was parent

36) Witness first name _____ and last name _____ on

37) March 19th, 2017 when she was asked to leave the Philadelphia family

38) Court building? _____.

39) Does parent witness first name _____ and last name

40) _____ remember when and where she was when Plaintiff, J.V.

41) First Approached her? Yes ____ or No ____.

42) Where and when was parent witness first name, _____ and

43) Last name, _____ on March 19th, 2017 when Plaintiff first

44) Approached her? _____.

45) Does parent witness first name, _____ and last name,

46) _____ remember the reason why Plaintiff first approached her

47) On March 19th, 2017? Yes ____ or No ____.

48) What was the reason Plaintiff approached parent witness first name,

49) _____ and last name, _____ on March 19th, 2017?

50) _____.

51) Does parent witness first name, _____ and last name,

52) _____ remember Officer Deputy, Murphy approaching

53) Plaintiff, J.V. on March 19th, 2017? Yes____ or No____.

54) Does parent witness first name, _____ and last name,

55) _____ remember where she was when Office Deputy, Murphy

56) First approached Plaintiff, J.V. on March 19th, 2017? Yes____ or No____.

57) Where was parent witness first name, _____ and last name,

58) _____ when Office Deputy, Murphy first approached Plaintiff,

59) J.V. on March 19th, 2017? _____.

60) Does parent witness, first name, _____ and last name,

61) _____ remember what she was when she realized Officer

62) Deputy, Murphy had initially approached Plaintiff, J.V. on March 19th,

63) 2017? Yes ____ or No ____.

64) What was parent witness first name, _____ and last name,

65) _____ doing when Officer Deputy, Murphy first approached

66) Plaintiff, J.V. on March 19th, 2017? _____.

67) Does parent witness first name, _____ and last name,

68) _____ remember why Officer Deputy, Murphy initially

69) Approached Plaintiff, J.V. on March 19th, 2017? Yes_____ or No_____.

70) What was reason Office Deputy, Murphy initially approached Plaintiff,

71) J.V. on March 19th, 2017? _____.

72) Does parent witness first name, _____ and last name,

73) _____ remember both Plaintiff, J.V. and Officer Deputy,

74) Murphy's demeanor during the incident in question? Yes_____ or No_____.

75) What was the demeanor of both Plaintiff, J.V. and Office Deputy, Murphy

76) During the initial incident? _____.

77) Does parent witness first name, _____ and last name,

78) _____ remember why she left the building during the initial

79) Incident in question? Yes_____ or No_____.

80) Why did parent witness first name, _____ and last name,

81) _____ leave the building during the initial incident in

82) Question? _____.

43

83) Does parent witness first name, _____ and last name,

84) _____ remember Plaintiff attempting to collect any special

85) Information from Officer Deputy, Murphy during the incident in

86) Question? Yes____ or No____.

87) What special information was Plaintiff attempting to collect from Officer

88) Deputy, Murphy during the incident in question?

89) _____.

90) Does parent witness first name, _____ and last name,

91) _____ remember the reason for Plaintiff, J.V.'s arrest? Yes____

92) Or No____.

44

# Exhibit

# I

Philadelphia Gas Work

Shut off notice

3 pages

08/15/2017  4:48:42 PM -0400 FAXCOM                                    PAGE 1   OF 1

## Philadelphia Gas Works

## MEDICAL EMERGENCY CERTIFICATION FORM

| PGW USE ONLY: | | |
|---|---|---|
| ☐ *Service is now ON | ☒ *Service is now Off | Medical Certification |
| ☐ Accepted | ☐ Rejected | ☐ M1  ☐ M2  ☐ M3 |

Application Date: Aug 15, 2017

Start Date: _____     End Date: _____

*Account #:0005-7915-9217

*Customer of Record Name: Jonathan Valentin

*Address:1110 E Elbridge St

*Philadelphia PA: 19111

**Customer's Phone Numbers:**

Please check the best time to contact you and enter your telephone number.

☒ *Day#  +1 (215) 214-9431

☐ *Evening #

Name of Patient: Jonathan Valentin

*Doctor's Name: Dr. Eric Williams

*Doctor's Fax Number: +1 (215) 663-8865

*Doctor's Office Number: +1 (215) 663-8800

THE SECTION BELOW IS TO BE COMPLETED BY THE CUSTOMER OR APPLICANT FOR MEDICAL PROTECTION:

If you are a tenant and the delinquent gas bill is in your landlord's name, fill in your name, address and phone number(s) below:

Name:

Address:

Phone Number:

---

YOUR GAS SERVICE MAY BE TERMINATED IN SEVEN DAYS UNLESS THIS FORM OR A LETTER CONTAINING THE SAME REQUIRED INFORMATION IS COMPLETED AND SIGNED BY A LICENSED PHYSICIAN, NURSE PRACTITIONER OR PHYSICIAN'S ASSISTANT AND SUBMITTED TO THE PHILADELPHIA GAS WORKS AT THE ADDRESS OR FAX NUMBER PROVIDED BELOW. IF YOUR GAS SERVICE IS CURRENTLY OFF, THIS CERTIFICATION FORM OR A LETTER CONTAINING THE SAME INFORMATION MAY BE USED TO RESTORE THE GAS SERVICE ONCE COMPLETED BY A LICENSED PHYSICIAN, NURSE PRACTITIONER OR PHYSICIAN'S ASSISTANT AND SUBMITTED TO PGW CERTIFYING THAT A MEDICAL EMERGENCY EXISTS AT THE PROPERTY.

**THIS SECTION MUST BE COMPLETED BY A LICENSED PHYSICIAN, PHYSICIAN'S ASSISTANT OR NURSE PRACTICIONER**

I CERTIFY THAT IN MY PROFESSIONAL OPINION, THE FOLLOWING PERSON, WHO IS A RESIDENT AT THE ABOVE ADDRESS, IS SERIOUSLY ILL AND THE ABSENCE OF GAS SERVICE FOR ☐ COOKING ☐ HOT WATER ☐ HEAT WILL AGGRAVATE AN EXISTING MEDICAL CONDITION.

Name of Patient: VALENTIN, JOHNATAN                          Age: 34

Anticipated Duration of Condition in Days: _____     Gender: ☒ Male  ☐ Female

Name of Medical Professional: ROBERTO BENDON, MD              Date Signed: 8/30/17

Medical Professional Signature: _____

State of License Registration: MD068251L     State of License/Registration/Permit Number: PA

Office Address: 9880 BUSTLETON AV     Office Phone Number: 215-827-1666
PHILADELPHIA, PA 19115                Office Fax Number: 215-827-1555

Return To: Credit/Collection Department
800 West Montgomery Avenue
Philadelphia, PA 19122
PGW's Phone: 215-235-1777
PGW's Fax #: 215-684-6175

- Philadelphia Gas Works reserves the right to verify the information on this form.
- This certificate can be used to stop termination of service or to have service restored for a 30 day period.
- To avoid service termination, the customer must make a full payment or payment agreement on the unpaid, undisputed past due balance within 30 days of acceptance of this certificate. If the customer cannot make payment arrangements with PGW within the 30 days, service can be terminated unless this certificate is renewed.
- Failure to comply with the duty to make payments on all current undisputed or budget bills can result in being restricted to the original medical certificate and two renewals.



### PHILADELPHIA GAS WORKS
800 W. MONTGOMERY AVENUE, PHILADELPHIA, PA 19122-0050

**Notice Date:** May 23, 2019
**Account Number:** 0579159217

## 10-DAY SHUT OFF NOTICE
## Your Gas Service May Be Shut Off

**Your bill is past due. As a result, PGW will shut off gas to 1110 ELBRIDGE ST on or after 8 a.m. on Jun 04, 2019. This notice will remain effective for 60 days. To talk about your bill or this notice, call our office at 215-235-1777.**

<u>**We will not shut off gas if you do ONE of the following:**</u>
· Arrange to pay your past due amount of $818.60.
· Pay the amount you owe on your payment plan.
· Show us a payment receipt for the past due amount.
· Make a payment arrangement (you may be eligible for a special assistance program).
· Contact us to dispute the bill.
<u>**At a minimum, you may have to pay all of the following before we turn your service on:**</u>

| | |
|---|---|
| Past Due Amount | $818.60 |
| Security Deposit | $238.00 |
| Turn On Charge | $123.23 |
| Total | $1,179.83 |

**(Plus $372.00 if we must dig up the street to shut off gas).**

<u>**You are also responsible for all gas service provided to you that is now or has become past due. If shut off, you may be required to pay more than the amount on this notice to have gas turned on.**</u>

### MEDICAL EMERGENCY NOTICE
LET US KNOW IF SOMEONE LIVING IN YOUR HOME IS SERIOUSLY ILL OR HAS A MEDICAL CONDITION. WE WILL NOT SHUT OFF YOUR SERVICE during such illness, provided you:
1. Have your licensed physician, physician's assistant or nurse practitioner certify by phone or in writing that such an illness exists and that it may be aggravated if your service is shut off; and
2. Make arrangements to pay your current bills.
3. Contact us by calling 215-235-1777.
4. HAVE A LICENSED PHYSICIAN, PHYSICIAN'S ASSISTANT OR NURSE PRACTITIONER SEND PGW A LETTER WITHIN 3 DAYS, VERIFYING THE MEDICAL CONDITION.

### IMPORTANT TO KNOW – BEFORE WE SHUT OFF
### YOUR GAS SERVICE
· You may be eligible for a payment agreement or special assistance program. Enrollment into this program may be a way of avoiding shut off. Contact us immediately at 215-235-1777 to find out if you're eligible, and how to enroll. Documentation of your income may be required.
· If you have questions or need more information, please call us today at 215-235-1777 or write us at P.O. Box 3500, Philadelphia, PA 19122. After you talk with PGW, if you are not satisfied, you may file a complaint with the Pennsylvania Public Utility Commission (PUC). The PUC may delay the shutoff if you file the complaint before the shut-off date. To contact them call 1 (800) 692-7380 or write to: Pennsylvania Public Utility Commission, P.O. Box 3265, Harrisburg, PA 17105-3265.
· If you have a valid Protection From Abuse order from a court, there are additional protections available to you. Call us immediately at 215-235-1777. You will be required to provide us with a copy of the order.

· Call us if your landlord pays your utility bill. You have certain legal protections.
· If you have trouble understanding or speaking English call us for free interpretation.
· Please contact us if you are disabled and need assistance.
· All adult occupants of the premises whose names are on the mortgage, deed or lease are considered the 'customer' and are responsible for payment of the bill. If service is shut off ANY adult occupant who has been living at the premises may have to pay all or portions of this bill to have service restored.
· If your service is shut off, you must contact us after your payment has been made to be sure you have met all conditions to have the service turned on and to arrange access to your premises. It may take up to seven days to have your service restored.

### WINTER SHUT OFF PROVISIONS Dec. 1-March 31
· **Contact us before the shut off date** to give us household and occupant information to see if you qualify for any assistance programs.
· **If you are low income there are special rules about whether we may shut off your gas in the winter.** Add together the monthly income in your household. Look at the chart below to determine your group. You may need to provide us with proof of income.
· **If your income is 150% of the federal poverty guidelines or below,** we must first ask the PUC for permission to shut off your service. We will notify you prior to shutting off service if we ask the PUC for permission to terminate your gas service.
· **If your income is above 150% but does not exceed 250% of the federal poverty guidelines,** we will not shut off your service if one of these conditions applies to you:
 o Someone in your household is 12 or younger or 65 or older; or
 o You have paid at least one-half of your last two monthly gas bills; or
 o If over the last two months you have paid at least 15% of your household income toward the gas bills.
· **If we reconnect your service during the winter months (between December 1st and March 31st)** we will restore your service within 24 hours of you meeting all requirements to have service reconnected. When street digging is required, it may take up to seven days.

### Federal Poverty Guidelines (FPG) 2018

| Household Size | Your income is 150% of the FPG or below if your monthly gross is: | Your income is between 151% - 250% of the FPG if your monthly gross is: |
|---|---|---|
| 1 | $1,518 or less | $1,519-$2,529 |
| 2 | $2,058 or less | $2,059-$3,429 |
| 3 | $2,598 or less | $2,599-$4,329 |
| 4 | $3,138 or less | $3,139-$5,229 |
| Each add. person add | $540 | $541-$900 |

**PGW**
PHILADELPHIA GAS WORKS
**GAS LEAK EMERGENCIES: (215) 235-1212**



Access Your Account Online **www.pgworks.com**

Billing & General Information **(215) 235-1000** *(English & Español)*



# Hello Jonathan Valentin,

1110 ELBRIDGE ST, PHILADELPHIA PA
19111-5520
**Account Number: 0579159217**

### ENERGY USAGE SNAPSHOT



| | Prior Year | | Actual | | Estimated |

| Please Pay | **$272.52** |
| Due By | **06/16/2021** |

| Billing Date | MAY 22, 2021 |
| Service From | 04/21/2021 - 05/20/2021 |
| Past Due | $223.45 |
| Current Charges | $45.86 |
| Adjustments | $3.21 |

**Thank you for your payment of $230.79**

| Average Daily Cost | Average Daily Temperature |
| --- | --- |
| $1.58 Current Month | 61° Current Month \| *Compared to 56° prior year* |
| *Compared to $2.27 prior year* | Usage Over Last Year |
| | 55 Ccf* Monthly Average \| 663 Ccf Total |
| | *See terms on pg. 2* |

### MESSAGE CENTER

You may be eligible for **up to $2,000 for past-due PGW bills** through Phase 4 of Philly's COVID-19 Emergency Rental & Utility Assistance Program. Apply now: PHLRentAssist.org

If you have unpaid PGW bills, don't wait – call us at 215-235-1000. We have programs to help residential and small business customers.

**Pay Your PGW Bill with Cash at 100s of Local Retailers.** Simply bring your PGW bill to any CVS, Dollar General, Family Dollar or 7-Eleven to make a payment in cash. No additional fee.

---

Pay Online www.pgworks.com    Pay By Phone **(215) 235-1000** *(English & Español)*   $ Pay With Cash *(See Back For Details)*
*a convenience fee of $2.95 will be applied

Please return this portion with your payment.
Write your account number on your check or
money order made payable to Philadelphia Gas Works.

**PGW**

| Please Pay | Due By |
| --- | --- |
| **$272.52** | **06/16/2021** |

**Account Number: 0579159217**

$ 

*Thank you!*

038451 000003784

JONATHAN VALENTIN
1110 ELBRIDGE ST
PHILADELPHIA PA 19111-5520

**Philadelphia Gas Works**
P.O. Box 11700
Newark, NJ 07101-4700

234

0005791592178000000000272523

P2_20210521200009.dat-76901-000003784

# Exhibit

# K

PECO shut off notice

9 pages

**PECO**
An Exelon Company

0112

# TEN DAY SHUT OFF NOTICE
## (AVISO DE SUSPENSION DE SERVICIO EN 10 DIAS)

| | | | |
|---|---|---|---|
| **Account Number:** | 1359101007 | **Past Due Amt:** | $259.70 |
| **For Service To:** | 1110 ELBRIDGE ST | **New Billing:** | $0.00 |
| **Date Prepared:** | May 07, 2019 | **Total Amount:** | $259.70 |

**Your Electric/Gas Service May Be Shut Off!**
Because your bill is past due, we will shut off the service to 1110 ELBRIDGE ST on or after 8:00 a.m. on May 21, 2019. If this date is a Friday, the service shut off will occur on, or soon after, the next business day.

**We will NOT shut off your electric/gas service if you do ONE of the following:**
- **Pay $259.70 in full before May 21, 2019,** this includes any amount you owe on your payment plan. This notice is effective for **60 days**.
- Pay the catch up amount on your agreement if it has defaulted. Call 1-888-480-1533 for the amount.
- Show us a paid receipt for the past due amount.
- You may be eligible for a payment agreement or special assistance programs which may stop the termination of your service. **Call 1-888-480-1533 right away** to determine if you are eligible for a payment agreement or assistance, to dispute your bill or to provide us with household income or occupant information.
- **To talk about your bill, please call our office at 1-888-480-1533.**

**WE MUST RECEIVE YOUR PAYMENT BEFORE THE SHUT-OFF DATE. WE WILL NOT ACCEPT PAYMENTS AT YOUR PROPERTY.**

**If we shut off your electric/gas service, you may have to pay all of the following before we can turn service on:**
- **Past Due Amount of**          $259.70
- **Deposit Past Due Amount of**          $0.00
- **Agreement Unbilled Balance**          $0.00
- **Total**          $259.70*

*If your service is shut off, you may be required to pay any additional bills that have become past due to restore your service.

**If your service is shut off, you may have to make substantial payments in order to have your service restored. In addition to any balance owed, you will have to pay a Reconnection Charge of between $20.00 and $1,700.00. This fee amount is set by PECO's tariff and based on how much work is needed to restore your service. You may also be required to pay a deposit equal to two times your average monthly usage.

---

### MEDICAL EMERGENCY NOTICE

Let us know if you or anyone presently and normally living in your home is seriously ill. **WE WILL NOT SHUT OFF YOUR SERVICE** during such an illness provided you:

1. **Have your licensed physician, nurse practitioner or physician assistant certify by phone and in writing that such an illness exists and that it may be aggravated if your service is shut off, phone certification must be followed by written certification within 7 days.**
**'AND'**
2. **Make some equitable arrangement to pay the company your current bills for service.**

---

**IMPORTANT TO KNOW**
Before we shut off your utility service please read the back of this notice. You may be eligible for certain protections from shut off.

Attencion ! Este es en mensaje muy importante. Si usted no lo entiende, favor de llama a 1-888-480-1533.

Send payment in the enclosed envelope or pay your bill at an authorized payment location or PECO Energy's Main Office (23rd & Market Streets Philadelphia). To pay by credit card or check by phone, call 1-877-432-9384. The service provider will charge a convenience fee.

**See other side for more information**

When paying in person, please bring the entire bill

**PECO**
An Exelon Company

0112

## TEN DAY SHUT OFF NOTICE
## (AVISO DE SUSPENSION DE SERVICIO EN 10 DIAS)

| | | | |
|---|---|---|---|
| **Account Number:** | 1359101007 | **Past Due Amt:** | $271.70 |
| **For Service To:** | 1110 ELBRIDGE ST | **New Billing:** | $12.00 |
| **Date Prepared:** | June 20, 2019 | **Total Amount:** | $283.70 |

**Your Electric/Gas Service May Be Shut Off!**
Because your bill is past due, we will shut off the service to 1110 ELBRIDGE ST on or after 8:00 a.m. on July 08, 2019. If this date is a Friday, the service shut off will occur on, or soon after, the next business day.

**We will NOT shut off your electric/gas service if you do ONE of the following:**
- **Pay $271.70** in full **before July 08, 2019**, this includes any amount you owe on your payment plan. This notice is effective for **60 days**.
- Pay the catch up amount on your agreement if it has defaulted. Call 1-888-480-1533 for the amount.
- Show us a paid receipt for the past due amount.
- You may be eligible for a payment agreement or special assistance programs which may stop the termination of your service. **Call 1-888-480-1533 right away** to determine if you are eligible for a payment agreement or assistance, to dispute your bill or to provide us with household income or occupant information.
- To talk about your bill, please call our office at 1-888-480-1533.

**WE MUST RECEIVE YOUR PAYMENT BEFORE THE SHUT-OFF DATE. WE WILL NOT ACCEPT PAYMENTS AT YOUR PROPERTY.**

**If we shut off your electric/gas service, you may have to pay all of the following before we can turn service on:**
- Past Due Amount of          $271.70
- Deposit Past Due Amount of  $0.00
- Agreement Unbilled Balance  $0.00
- Total                       $271.70*

*If your service is shut off, you may be required to pay any additional bills that have become past due to restore your service.

**If your service is shut off, you may have to make substantial payments in order to have your service restored. In addition to any balance owed, you will have to pay a Reconnection Charge of between $20.00 and $1,700.00. This fee amount is set by PECO's tariff and based on how much work is needed to restore your service .You may also be required to pay a deposit equal to two times your average monthly usage.

---

### MEDICAL EMERGENCY NOTICE

**Let us know if you or anyone presently and normally living in your home is seriously ill. WE WILL NOT SHUT OFF YOUR SERVICE during such an illness provided you:**

1.  **Have your licensed physician, nurse practitioner or physician assistant certify by phone and in writing that such an illness exists and that it may be aggravated if your service is shut off, phone certification must be followed by written certification within 7 days.**
**'AND'**
2.  **Make some equitable arrangement to pay the company your current bills for service.**

---

**IMPORTANT TO KNOW**
Before we shut off your utility service please read the back of this notice. You may be eligible for certain protections from shut off.

Attencion ! Este es en mensaje muy importante. Si usted no lo entiende, favor de llama a 1-888-480-1533.

Send payment in the enclosed envelope or pay your bill at an authorized payment location or PECO Energy's Main Office (23rd & Market Streets Philadelphia). To pay by credit card or check by phone, call 1-877-432-9384. The service provider will charge a convenience fee.

**See other side for more information**

When paying in person, please bring the entire bill

# YOUR ELECTRIC/GAS HAS BEEN SHUT-OFF
## (AVISO DE SUSPENCION DE SERVICIO)

WE SHUT OFF YOUR ELECTRIC/GAS SERVICE BECAUSE:

X  You did not pay your past due bill.

Other: _____

Name: JONATHAN VALENTIN                     Date: 7/10/19
Address: 1110 ELBRIDGE ST PHILADELPHIA      Account: 1359101007

## TO HAVE YOUR SERVICE RESTORED, CALL OUR OFFICE at 1- 888- 480- 1533.

You must contact us after your payment has been made to be sure you've met all conditions to have the service turned back on and to arrange access to your premises.

You must pay the following before we can restore your service:

- Past Due Amount of          $ 283.70                      ; and
- Deposit Amount of           $ 0.00
- Agreement Unbilled Balance  $ 0.00
- **Total                    $ 283.70
- Reconnection Charge(s)  $ _____

Yo_____ that have become past due to restore your service.

**Since your service has been terminated, you may have to make substantial payments to have your service restored. In addition to any balance owed, you will have to pay a reconnection charge of between $20 and $1,700. This fee is set by PECO and is based on how much work is needed to restore your service. You may also be required to pay a deposit equal to two times your average monthly usage.

WE MAY BE ABLE TO QUICKLY RESTORE YOUR SERVICE IF:
o  Someone in your home is SERIOUSLY ILL.  Read the MEDICAL EMERGENCY NOTICE below.
o  Your income is at or below 250% of the  Federal Poverty Level. See the chart on the back of this notice and call us at 1-888-480-1533.

### MEDICAL EMERGENCY NOTICE

Let us know if you or anyone presently and normally living in your home is SERIOUSLY ILL.  WE WILL NOT SHUT OFF YOUR SERVICE during such an illness provided you:

1.  Have your licensed physician, physician assistant or nurse practitioner certify by phone and in writing that such an illness exists and that it may be aggravated if your service is shut off. Phone certification must be followed by written certification within 7 days.
'AND'
2.  Make some equitable arrangement to pay the company your current bills for service.

## SEE OTHER SIDE FOR MORE INFORMATION
PECO Business Office hours are Monday through Friday, from 8:30 a.m. to 5 p.m. Our business office is located at:

## 2301 MARKET STREET, PHILADELPHIA, PA 19103.
## TO PAY BY CREDIT CARD OR CHECK BY PHONE, CALL 1-877-432-9384.

SO-M                                                          Revised 2019



**PECO**
An Exelon Company

0112

## TEN DAY SHUT OFF NOTICE
### (AVISO DE SUSPENSION DE SERVICIO EN 10 DIAS)

| | | | |
|---|---|---|---|
| **Account Number:** | 1359101007 | **Past Due Amt:** | $315.70 |
| **For Service To:** | 1110 ELBRIDGE ST | **New Billing:** | $0.00 |
| **Date Prepared:** | August 09, 2019 | **Total Amount:** | $315.70 |

**Your Electric/Gas Service May Be Shut Off!**
Because your bill is past due, we will shut off the service to 1110 ELBRIDGE ST on or after 8:00 a.m. on August 26, 2019. If this date is a Friday, the service shut off will occur on, or soon after, the next business day.

**We will NOT shut off your electric/gas service if you do ONE of the following:**
- **Pay $315.70 in full before August 26, 2019,** this includes any amount you owe on your payment plan. This notice is effective for **60 days.**
- Pay the catch up amount on your agreement if it has defaulted. Call 1-888-480-1533 for the amount.
- Show us a paid receipt for the past due amount.
- You may be eligible for a payment agreement or special assistance programs which may stop the termination of your service. **Call 1-888-480-1533 right away** to determine if you are eligible for a payment agreement or assistance, to dispute your bill or to provide us with household income or occupant information.
- **To talk about your bill, please call our office at 1-888-480-1533.**

**WE MUST RECEIVE YOUR PAYMENT BEFORE THE SHUT-OFF DATE. WE WILL NOT ACCEPT PAYMENTS AT YOUR PROPERTY.**

**If we shut off your electric/gas service, you may have to pay all of the following before we can turn service on:**
- **Past Due Amount of**    $315.70
- **Deposit Past Due Amount of**    $0.00
- **Agreement Unbilled Balance**    $0.00
- **Total**    $315.70*

*If your service is shut off, you may be required to pay any additional bills that have become past due to restore your service.

**If your service is shut off, you may have to make substantial payments in order to have your service restored. In addition to any balance owed, you will have to pay a Reconnection Charge of between $20.00 and $1,700.00. This fee amount is set by PECO's tariff and based on how much work is needed to restore your service .You may also be required to pay a deposit equal to two times your average monthly usage.

---

### MEDICAL EMERGENCY NOTICE

Let us know if you or anyone presently and normally living in your home is seriously ill. **WE WILL NOT SHUT OFF YOUR SERVICE** during such an illness provided you:

1. **Have your licensed physician, nurse practitioner or physician assistant certify by phone and in writing that such an illness exists and that it may be aggravated if your service is shut off, phone certification must be followed by written certification within 7 days.**
**'AND'**
2. **Make some equitable arrangement to pay the company your current bills for service.**

---

### IMPORTANT TO KNOW
Before we shut off your utility service please read the back of this notice. You may be eligible for certain protections from shut off.

Attencion ! Este es en mensaje muy importante. Si usted no lo entiende, favor de llama a 1-888-480-1533.

Send payment in the enclosed envelope or pay your bill at an authorized payment location or PECO Energy's Main Office (23rd & Market Streets Philadelphia). To pay by credit card or check by phone, call 1-877-432-9384. The service provider will charge a convenience fee.

**See other side for more information**

When paying in person, please bring the entire bill

# YOUR ELECTRIC/GAS HAS BEEN SHUT-OFF
## (AVISO DE SUSPENCION DE SERVICIO)

**WE SHUT OFF YOUR ELECTRIC/GAS SERVICE BECAUSE:**

**X** You did not pay your past due bill.

Other: _____

Name: JONATHAN VALENTIN                          Date: 10/31/19

Address: 1110 ELBRIDGE ST PHILADELPHIA           Account: 1359101007

## TO HAVE YOUR SERVICE RESTORED, CALL OUR OFFICE at 1- 888- 480- 1533.

You must contact us after your payment has been made to be sure you've met all conditions to have the service turned back on and to arrange access to your premises.

You must pay the following before we can restore your service:

- **Past Due Amount of**          $ 339.70 _____ ; and
- **Deposit Amount of**           $ 0.00
- **Agreement Unbilled Balance**  $ 0.00
- **\*\*Total**                   $ 339.70
- **Reconnection Charge(s)   $** _____

You may be required to pay any additional bills that have become past due to restore your service.

\*\*Since your service has been terminated, you may have to make substantial payments to have your service restored. In addition to any balance owed, you will have to pay a reconnection charge of between $20 and $1,700. This fee is set by PECO and is based on how much work is needed to restore your service. You may also be required to pay a deposit equal to two times your average monthly usage.

WE MAY BE ABLE TO QUICKLY RESTORE YOUR SERVICE IF:

o  Someone in your home is SERIOUSLY ILL.  Read the MEDICAL EMERGENCY NOTICE below.

o  Your income is at or below 250% of the  Federal Poverty Level. See the chart on the back of this notice and call us at 1-888-480-1533.

### MEDICAL EMERGENCY NOTICE

Let us know if you or anyone presently and normally living in your home is SERIOUSLY ILL.  WE WILL NOT SHUT OFF YOUR SERVICE during such an illness provided you:

1.  Have your licensed physician, physician assistant or nurse practitioner certify by phone and in writing that such an illness exists and that it may be aggravated if your service is shut off. Phone certification must be followed by written certification within 7 days.

'AND'

2.  Make some equitable arrangement to pay the company your current bills for service.

## SEE OTHER SIDE FOR MORE INFORMATION

PECO Business Office hours are Monday through Friday, from 8:30 a.m. to 5 p.m. Our business office is located at:

## 2301 MARKET STREET, PHILADELPHIA, PA 19103.
## TO PAY BY CREDIT CARD OR CHECK BY PHONE, CALL 1-877-432-9384.

SO-M                                                                    Revised 2019

**PECO**
An Exelon Company

0137

## TEN DAY SHUT OFF NOTICE
## (AVISO DE SUSPENSION DE SERVICIO EN 10 DIAS)

| | | | |
|---|---|---|---|
| **Account Number:** | 1359101007 | **Past Due Amt:** | $395.70 |
| **For Service To:** | 1110 ELBRIDGE ST | **New Billing:** | $12.00 |
| **Date Prepared:** | February 03, 2020 | **Total Amount:** | $407.70 |

**Your Electric/Gas Service May Be Shut Off!**
Because your bill is past due, we will shut off the service to 1110 ELBRIDGE ST on or after 8:00 a.m. on April 01, 2020. If this date is a Friday, the service shut off will occur on, or soon after, the next business day.

**We will NOT shut off your electric/gas service if you do ONE of the following:**
- **Pay $395.70** in full **before April 01, 2020**, this includes any amount you owe on your payment plan. This notice is effective for **60 days.**
- Pay the catch up amount on your agreement if it has defaulted. Call 1-888-480-1533 for the amount.
- Show us a paid receipt for the past due amount.
- You may be eligible for a payment agreement or special assistance programs which may stop the termination of your service. **Call 1-888-480-1533 right away** to determine if you are eligible for a payment agreement or assistance, to dispute your bill or to provide us with household income or occupant information.
- **To talk about your bill, please call our office at 1-888-480-1533.**

**WE MUST RECEIVE YOUR PAYMENT BEFORE THE SHUT-OFF DATE. WE WILL NOT ACCEPT PAYMENTS AT YOUR PROPERTY.**

**If we shut off your electric/gas service, you may have to pay all of the following before we can turn service on:**
- **Past Due Amount of** $395.70
- **Deposit Past Due Amount of** $0.00
- **Agreement Unbilled Balance** $0.00
- **Total** $395.70*

*If your service is shut off, you may be required to pay any additional bills that have become past due to restore your service.

**If your service is shut off, you may have to make substantial payments in order to have your service restored. In addition to any balance owed, you will have to pay a Reconnection Charge of between $20.00 and $1,700.00. This fee amount is set by PECO's tariff and based on how much work is needed to restore your service .You may also be required to pay a deposit equal to two times your average monthly usage.

---

### MEDICAL EMERGENCY NOTICE

Let us know if you or anyone presently and normally living in your home is seriously ill. **WE WILL NOT SHUT OFF YOUR SERVICE** during such an illness provided you:

1. **Have your licensed physician, nurse practitioner or physician assistant certify by phone and in writing that such an illness exists and that it may be aggravated if your service is shut off, phone certification must be followed by written certification within 7 days.**
   **'AND'**
2. **Make some equitable arrangement to pay the company your current bills for service.**

---

### IMPORTANT TO KNOW
Before we shut off your utility service please read the back of this notice. You may be eligible for certain protections from shut off.

¡Atención! Este es un mensaje muy importante. Si usted no lo entiende, favor de llamar a 1-888-480-1533.

Send payment in the enclosed envelope or pay your bill at an authorized payment location or PECO Energy's Main Office (23rd & Market Streets Philadelphia). To pay by credit card or check by phone, call 1-877-432-9384. The service provider will charge a convenience fee.

**See other side for more information**

When paying in person, please bring the entire bill

**PECO**
An Exelon Company

0137                                                              February 03, 2020

Dear JONATHAN VALENTIN:

# WE'RE HERE TO HELP!
## Energy Assistance Could Be a Phone Call Away
### PECO's LIHEAP HELPLINE
### 1-800-34-HELP-4
### (1-800-344-3574)

Your PECO service will be shut off on or after April 1, 2020 because you did not fully pay for service you have used. It is essential to apply for LIHEAP now.

The Low Income Home Energy Assistance Program (LIHEAP) has Crisis Grant money available **NOW** that could help you keep your electric or gas service on. **YOU MUST APPLY NOW!** The program is scheduled to close on Friday, April 10, 2020, and the money could be gone before that date.

The maximum LIHEAP Crisis Grant you could receive is $600.00. Even if you already received a LIHEAP Cash Grant, you may still be eligible for a LIHEAP Crisis Grant.

If you have not already applied for the grant, visit your County Assistance Office today. **Most heating systems will not work without electricity, so have your Crisis Grant directed to PECO to keep you warm this winter.**

*If you already received a LIHEAP Cash Grant, all you need to do is call your local County Assistance Office at the number listed below. Your Crisis application can be reviewed and approved over the phone.*

## Call PECO's LIHEAP HELPLINE at
## 1-800-34-HELP-4
## (1-800-344-3574)

Or, you can call your local County Assistance Office at the numbers below:

| | |
|---|---|
| Bucks County | 215-781-3393 |
| Chester County | 610-466-1042 |
| Delaware County | 610-447-3099 |
| Montgomery County | 610-272-1752 |
| Philadelphia County | 215-560-1583 |
| York County | 717-771-1100 |
| Statewide Hotline | 866-857-7095 |

You must provide the following information to apply for a LIHEAP Crisis Grant:
1. Names, dates of birth & Social Security numbers of all household members
2. Proof of income for all household members (for the last 30 days)
3. A recent PECO bill, and heating bill if you receive service to heat your home through a company other than PECO
4. Remember to designate PECO as your vendor of choice on your LIHEAP application
5. **Copy of the PECO termination notice included in this mailing**

The 2019-2020 LIHEAP season income guidelines are as follows:

| Household Size | Gross Monthly Income | Gross Yearly Income |
|---|---|---|
| 4 | $3,218.75 | $38,625.00 |
| 6 | $4,323.75 | $51,885.00 |
| For each additional person, add: | $552.50 | $6,630.00 |

Sincerely,
PECO's Universal Services Department

Oct/25/2019 10:34:25 AM                    AEHN 2158271555                          2/2
Peco Agent FaxFinder1-1                                    (1710) 10/17/2019 02:08:51 PM -0700

## REQUEST FOR MEDICAL CERTIFICATION
(Solicitud De Un Certificado Medico)


**PECO.**
An Exelon Company

| TO BE COMPLETED BY THE COMPANY | | |
|---|---|---|
| Account No: 13591-01007 | **Fax Date:** | 10/17/2019 02:08:08 PM |
| | | |

**Name and Service Address of Customer:**
DOB:09/22/1982
JONATHAN VALENTIN
1110 ELBRIDGE ST
PHILADELPHIA PA 19111

Fax Number: 2158271555

**Address:** PECO Medical Certificate Verification Dept.
PO Box 467429
Atlanta, GA 31146-7429

**Phone No:** 1-888-480-1533
**Fax No:** 1-215-841-4010
**Email:** PECOMedCert@exeloncorp.com

| *Is your service off?* | Yes | No |
|---|---|---|

**Part A (To Be Completed By Customer)**

Name of person who is seriously ill:

Relationship to the customer:

**Part B (To Be Completed By Doctor, Nurse Practitioner, or Physician's Assistant)**

Name of person who is seriously ill: *Jon Valentin*

Relationship to the customer:

Patient's Address (if other than above):

Specific reason utility service is required: *Cer mwg*

How long do you expect the illness to last? *1- 3 mo*

_Joseph C Conlon_
Please Print Doctor, Nurse Practitioner, or Physician's Assistant's Name

_MT7 459890_
License Number

Office Address

_[signature]_
Signature (or E/Signature) of Doctor, Nurse Practitioner, or Physician's Assistant

Office Phone Number

_10/18/19_
Date Signed

This certificate is good for the expected length of the illness, up to a maximum of 30 days, unless you renew it.

It is your duty as a customer to arrange to make payments on all bills.

# PECO.

An Exelon Company
Page 1 of 2

| Name: | JONATHAN VALENTIN | Emergency and Repair |
|---|---|---|
| Account Number: | 13591-52187 | 800-841-4141 |
| Phone Number: | 215-214-9431 | This is the number to call to report power outages, gas leaks or odors, and safety hazards related to PECO equipment. |
| Service Address: | 1110 Elbridge St, Philadelphia | |

■ PECO ELECTRIC DELIVERY
▦ ELECTRIC SUPPLY

ELECTRIC
**$12.00**

ELECTRIC SUPPLY
PECO
2301 Market Street
Philadelphia, PA 19103
800-494-4000

■ TAXES & FEES

## Billing Summary

| | |
|---|---|
| Bill Date | 05/13/2021 |
| Thank you for your payment of $115.00 on 04/16/2021 | |
| Charges from previous bill | $9.75 |
| **Total Other Charges** | **$9.75** |

### Current Period Charges

| | |
|---|---|
| Electric | $12.00 |
| **Total New Charges** | **$12.00** |

| **Total Amount Due on 06/04/2021** | **$21.75** |
|---|---|

### General Information
Next scheduled meter reading:06/16/2021

**1-800-774-7040**
If you have any questions or concerns, please call 800-494-4000 before the due date. Si tiene alguna pregunta, favor de llamar al numero 1-800-494-4000 antes de la fecha de vencimiento.

**peco.com/service**
Customer Self Service - Manage Your Account 24/7
Start, stop and move your service

▢ Online: **peco.com**     ▢ In Person: **2301 Market St., Philadelphia, PA 19103**     ▢ By Phone: **1-800-774-7040**

---

Return only this portion with your check made payable to PECO. Please write your account number on your check.

# PECO.
An Exelon Company
2301 Market Street
Philadelphia, PA 19103-1380

☐ Enroll in Automatic Payment. *Complete form on reverse side.*
☐ Pledge a donation to MEAF. *Complete form on reverse side.*

| Account # 13591-52187 |  877-432-9384 Pay by phone, a convenience fee will apply. |
|---|---|

**Pay Today!**
 **peco.com/ebill**
Go paperless: receive and pay your bill online.

| Please pay this amount by 06/04/2021 | $21.75 |
|---|---|

| Payment Amount | $ | | |
|---|---|---|---|

0001337 01 AV 0.395 **AUTO  T5 0 8795 19111-552010  -C02-B1-P01338-I12

JONATHAN VALENTIN
1110 ELBRIDGE ST
PHILADELPHIA, PA 19111-5520



PECO - Payment Processing
PO Box 37629
Philadelphia, PA 19101-0629

13591521870100021751155002 1755

# Exhibit

# L

Water revenue Bureau

Shut off notice

5 pages

# CITY OF PHILADELPHIA
## OFFICE OF ADMINISTRATIVE REVIEW/TAX REVIEW BOARD
## PETITION FOR APPEAL
### Philadelphia Water Department/Water Revenue Bureau Appeals Only
### SUBMIT ORIGINAL AND 2 COPIES

**SEE INSTRUCTIONS. CLEARLY PRINT OR TYPE ALL INFORMATION.**

| PETITIONER'S NAME (First Name, Middle Name, Last Name) | RECEIVED ON (Office use only) |
|---|---|
| Jonathan Valentin | |

**BUSINESS NAME**

| | INTERPRETER NEEDED ☐ Yes ☑ No if yes, language preferred |
|---|---|

**MAILING ADDRESS**

| | FEDERAL EMPLOYER IDENTIFICATION NO. |
|---|---|
| 1110 Elbridge St. | SSI no. 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 |

**CITY**

| Philadelphia | STATE P.A. | ZIP CODE 19111 |
|---|---|---|

| PHONE NUMBER 215-214-9431 | FAX NUMBER | E-MAIL ADDRESS JonathanVltn@ aol.com |
|---|---|---|

**PROPERTY ADDRESS**

1110 Elbridge St. Philadelphia, P.A. 1911

| REVENUE ACCOUNT/BILL # 002-31000-0110-001 | DATE OF BILL/DECISION 03/08/2019 | REFUND # | DATE OF DENIAL LETTER |
|---|---|---|---|

**TYPE OF APPEAL FOR OFFICE OF ADMINISTRATIVE REVIEW**
☑ PAYMENT AGREEMENT ELIGIBILITY  ☐ REJECTION OF APPLICATIONS FOR SERVICE  ☐ OTHER _____

**TYPE OF APPEAL FOR TAX REVIEW BOARD**
☐ PRINCIPAL  ☐ PENALTY/LIEN FEE  ☐ REFUND APPEAL  ☑ TAP  ☐ HELP LOAN  ☑ WATER SHUTOFF  ☐ OTHER _____

| APPEAL TYPE | CYCLE MONTH/YEAR | PRINCIPAL | PENALTY | LIEN | TOTAL |
|---|---|---|---|---|---|
| Water Shutoff | 1/31 - 3/8/19 | $2,639.58 | $232.00 | N/A | $232.00 |
| | | | | | |
| **TOTALS** | | | | | |

**REASON FOR THIS APPEAL** (Be brief and concise. Do not use reverse - attach additional sheets, if necessary, to the back of this appeal.)

Appealing Shutoff during winter season.

Appealing Shutoff during discovery of several Federal complaints

Appealing shutoff during SSD. appeal.

| NAME OF REPRESENTATIVE (if one is used) Jonathan Valentin | PHONE NUMBER 215-214-9431 | FAX NUMBER |
|---|---|---|

**MAILING ADDRESS**

| 1110 Elbridge St | CITY Philadelphia | STATE P.A. | ZIP CODE 1911 |
|---|---|---|---|

I HEREBY CERTIFY that the statements contained herein and in any supporting schedule or exhibit are true to the best of my knowledge and belief. I understand that if I knowingly make any false statements herein, I am subject to penalties as prescribed by law.

| PETITIONER'S SIGNATURE Jonathan Valentin | TITLE | DATE 3/24/2019 |
|---|---|---|

**MAIL COMPLETED PETITION TO:**
CITY OF PHILADELPHIA
Office of Administrative Review/Tax Review Board
100 SOUTH BROAD STREET - ROOM 400
PHILADELPHIA, PA 19110
OR FAX: 215-686-5228
Tax.reviewboard@phila.gov

**FOR ASSISTANCE CALL:**
215-686-5216

ASSIGNED DOCKET # (Office use only)

## *** SHUT OFF NOTICE ***

- **Your water service will be shut off without further notice on or after 04/15/2019 unless you pay the PAY NOW amount.**
- Avoid the inconvenience and additional expense of a shut off by making payment immediately. If you have already made your payment, please disregard this notice.
- If your service is suspended, a Restoration Fee will be added to the balance due.
- A Visitation Fee is added to the balance due if we show up to suspend service and payment is made at the property.
- The PWD Customer Contact Center is available Monday through Friday, 8:00 AM to 5:00 PM. Call 215-685-6300.
- If you are a tenant who is not responsible for paying the water bill according to your rental agreement, you may have additional rights to prevent your water from being shut off. Please call the PWD Customer Contact Center at 215-685-6300.
- Suspension of water service may affect your fire suppression system if a single / combined domestic and fire service line serves the property.
- Struggling to pay your bill?  You may qualify for our billing assistance program called TAP. Call 215-685-6300 for an application or visit www.phila.gov/water-bill-help

---

City of Philadelphia
Department of Revenue
P.O. Box 41496
Philadelphia, PA 19101-1496

## SHUT OFF BILL
### WATER/SEWER



☞ YOUR WATER SERVICE IS SUBJECT TO SHUT OFF FOR NON-PAYMENT. FOR FURTHER INFORMATION SEE REVERSE SIDE OF THIS BILL.

YOU MAY PAY BY MAIL TO P.O. BOX 41496, PHILADELPHIA, PA 19101-1496, OR IN PERSON AT MSB 1401 JFK BLVD, CONCOURSE LEVEL, PHILADELPHIA, PA, OR AT ONE OF OUR SERVICE CENTERS.

MAKE CHECKS PAYABLE: CITY OF PHILA.

| PRINCIPAL | PENALTY | BILL DATE | CODE SEE ORIG. BILL | AMOUNT BILLED |
|---|---|---|---|---|
| | | 15-01 to | | |
| 2337.91 | 213.67 | 18-10 | | 2551.58 |
| 12.00 | 0.00 | 18-11 | | 12.00 |
| 12.00 | 0.00 | 18-12 | | 12.00 |
| 12.00 | 0.00 | 19-01 | | 12.00 |
| 12.00 | 0.00 | 19-02 | | 12.00 |
| 12.00 | 0.00 | 19-03 | | 12.00 |

### PAY NOW  $2,611.58

IF YOU HAVE ANY QUESTIONS
CALL 215-685-6300 IMMEDIATELY.

SERVICE 41R

WATER ACCESS CODE 000132410

RETAIN THIS PORTION OF BILL IF YOUR PAYMENT IS MAILED.

JONATHAN VALENTIN
1110 ELBRIDGE ST
PHILADELPHIA PA 19111

ACCOUNT NUMBER
0023100001110001

BILL INCLUDES PAYMENTS RECEIVED ON OR BEFORE DATE OF THIS NOTICE:

➤ 03/08/19

PRESENT BOTH PORTIONS WHEN PAYING IN PERSON.

OWNER'S NAME AND PROPERTY BILLED (IF OTHER THAN ABOVE)
JONATHAN VALENTIN
1110 ELBRIDGE ST

B3-T-11BR (REV.02/19) W8S000

### DETACH HERE

---

| ACCOUNT NUMBER | DIST. | SEW% | BILL DATE | SERVICE | CODE | PRINCIPAL | PENALTY | AMOUNT BILLED |
|---|---|---|---|---|---|---|---|---|
| 0023100001110001 | | | 15-01 to | | | | | |
| | | | 18-10 | 41R | | 2337.91 | 213.67 | 2551.58 |
| | | | 18-11 | 41R | | 12.00 | 0.00 | 12.00 |
| | | | 18-12 | 41R | | 12.00 | 0.00 | 12.00 |
| | | | 19-01 | 41R | | 12.00 | 0.00 | 12.00 |
| | | | 19-02 | 41R | | 12.00 | 0.00 | 12.00 |
| | | | 19-03 | 41R | | 12.00 | 0.00 | 12.00 |

JONATHAN VALENTIN
1110 ELBRIDGE ST
PHILADELPHIA PA 19111

OWNER'S NAME AND PROPERTY BILLED (IF OTHER THAN ABOVE)
JONATHAN VALENTIN
1110 ELBRIDGE ST

### SHUT OFF BILL
### WATER/SEWER

### PAY NOW  $2,611.58

33372000000999031000011100017000026115800002397910020000100000000005

IF NOT PAID, ADDITIONAL PENALTY WILL BE ADDED TO THE NEXT REGULAR BILL. DO NOT STAPLE, PIN, OR FOLD.

**MAIL THIS PORTION OF BILL ONLY**



City of Philadelphia
Department of Revenue
P.O. Box 41496



# CITY OF PHILADELPHIA

**OFFICE OF ADMINISTRATIVE REVIEW**
**TAX REVIEW BOARD**
100 South Broad Street, Suite 400
Land Title Building
Philadelphia, Pennsylvania 19110-1099
Phone (215) 686-5216     FAX (215) 686-5228

VALENTIN , JONATHAN
1110 ELBRIDGE STREET
PHILADELPHIA , PA 19111

DEC 1 7 2019

RE:           VALENTIN , JONATHAN
DOCKET #:      35WRMERZW1665
DEPARTMENT: WATER REVENUE   ACCOUNT #: 0023100001110001
PROPERTY:     1110 ELBRIDGE ST

DEAR SIR/MADAM:

This is to advise you that a hearing has been scheduled for:

Monday February 24, 2020     during the AM session, commencing at 10:00 AM.

The site of this hearing is TAX REVIEW BOARD
                             100 S BROAD ST
                             LAND TITLE BUILDING
                             SUITE 400
                             PHILA. PA. 19110-1099
                             ENTRANCE ON CHESTNUT STREET

Please bring with you all documents which are relative to this case in order to EXPEDITE THIS HEARING.

Additionally, be advised that failure to appear at the scheduled hearing or to properly request a continuance for this case, will result in an automatic denial of the case.

**In order for a continuance to be considered, it must be received at the hearing site, in writing, at least one full week before the Scheduled Hearing.**

Very Truly Yours,
Office of Administrative Review
11/21/2019



# CITY OF PHILADELPHIA

**OFFICE OF ADMINISTRATIVE REVIEW**
**TAX REVIEW BOARD**
100 South Broad Street, Suite 400
Land Title Building
Philadelphia, Pennsylvania 19110-1099
Phone (215) 686-5216      FAX (215) 686-5228

VALENTIN , JONATHAN
1110 ELBRIDGE STREET
PHILADELPHIA , PA 19111

FEB 2 8 2020

RE:              VALENTIN , JONATHAN
DOCKET #:      35WRMERZW1665
DEPARTMENT: WATER REVENUE   ACCOUNT #: 0023100001110001
PROPERTY:     1110 ELBRIDGE ST

DEAR SIR/MADAM:

This is to acknowledge the receipt of your letter in which you requested that the aforementioned matter
be withdrawn.

Be advised that we have closed our files and marked our records accordingly.

Very Truly Yours,
Office of Administrative Review
02/28/2020

cc: Revenue Department
    Law Department
    File



CITY OF PHILADELPHIA
DEPARTMENT OF REVENUE
WATER REVENUE BUREAU

City of
**Philadelphia**

## Water/Sewer & Stormwater Bill
Please pay **$0.00**

**Questions?**
**www.phila.gov/revenue**
**(215) 685-6300** Monday-Friday, 8am-5pm

**Customer Name:** CENTRAL PENN CAPITAL MANAGMENT
**Service Address:** 1110 Elbridge St, Philadelphia PA 19111
**Bill Date:** May 04, 2021 (Bill Period: Mar 28, 2021 - Apr 27, 2021)

**Account Number:** 002-31000-01110-001
**Water Access Code:** 001655170
**Bill Number:** B0857421406
**Includes Payments Through:** May 04, 2021

83-T-118 WBSW00 (07/20)  004561

### Your Account

| | |
|---|---|
| Water/Sewer/Stormwater balance at last bill | $138.14 |
| You last paid on 04/16/21 - thank you | -$250.00 |
| Account Balance | -$111.86 |

**This Bill**

| | |
|---|---|
| Usage Charge (3 ccf, see below for details) | $23.22 |
| Service Charge | $12.22 |
| Stormwater Charge | $15.80 |
| Senior Citizen Discount | $0.00 |
| Total Current Charges | $51.24 |
| Total Account Balance | -$60.62 |
| **Please Pay Now** | **$0.00** |

**Payment Types**
Pay by phone (877) 309-3709; credit card or e-check at www.phila.gov. Select water bill from pay menu options.

See back for more information and contact details ➔

### Your Water Usage
**Meter Readings**
Meter: 0406603      ERT: 0016629184    Service: 41R

If property was occupied during zero usage please call (215) 686-6880

**Usage History (ccf)**     ▮ Actual Reading  ▦ Estimate

| April 27, 2021 | actual reading | 859 |
|---|---|---|
| March 28, 2021 | actual reading | 856 |
| Total CCFs used | | 3 |
| Approximate gallons used per day | | 74 |



Usage chart: May 2020: 0, Jun: 0, Jul: 0, Aug: 0, Sep: 0, Oct: 0, Nov: 4, Dec: 4, Jan: 3, Feb: 3, Mar: 3, Apr: 3, May 2021: 3

Please fold and detach

**Paying by mail?**
Send this coupon with your payment.
See back for other ways to pay ➔

**Account Number**
002-31000-01110-001

| **Please pay** | **$0.00** |
|---|---|
| Late payment penalty | $0.00 |
| Total amount due if paid after Jun 03, 2021 | $0.00 |

CENTRAL PENN CAPITAL MANAGMENT
1110 ELBRIDGE ST
PHILADELPHIA PA 19111



002

CITY OF PHILADELPHIA
DEPARTMENT OF REVENUE
WATER REVENUE BUREAU

B0857421406  004561

3337206032100003100001110001100000000000000000000002000010000000000005

# Exhibit

# B

Welfare CAO Determination letter
Six pages

# Exhibit

# M

Philadelphia county assistance office

Financial assistance and employment forms

4 pages

DEPARTMENT OF HUMAN SERVICES
PHILA CAO
4109 FRANKFORD AVE
PHILADELPHIA, PA 19124-4582



**pennsylvania**
DEPARTMENT OF HUMAN SERVICES

**OFFICE OF INCOME MAINTENANCE**

Mail Date: 10/15/2019

Jonathan Valentin

1110 Elbridge St
Philadelphia, PA 19111

Record ID: 51/3095889      **Telephone:** 1-215-560-6500

Notice ID: 9084645405      MCI #: 391035127

**COMPASS:** The fast and easy way to apply for benefits

**www.compass.state.pa.us**

*Pennsylvania receives information from other state and federal agencies to verify the information you give them. If you misrepresent, hide, or withhold facts which may affect your eligibility for benefits, you may be required to repay your benefits, and you may be prosecuted and disqualified from receiving certain future benefits.*

**Dear Mr. Valentin,**

You've applied for or are receiving the following benefits and we need more information:

- LIHEAP Cash

In order to finish processing your request, please complete the following next steps:

1. Return copies of the documents listed below and this form to the Department of Human Services by **October 24, 2019**. Please see the "Additional Instructions" section.

Please provide proof of the following information for your case. You must cooperate in providing and signing the required documents or your benefits may be denied, delayed, or closed. If you are cooperating in the completion of your application or reapplication, we will help you provide proof, as needed. The information below will explain what is needed and who it is needed for.



| Provide the following documents | Needed for | Provide the following documents | Additional information |
|---|---|---|---|
| **Income** | | | |
| Zero Income Statement | Household | Form HSEA 6 and proof of income, if any. | |

*If you do not have the documents listed above, please refer to the last sheet in this packet for examples of other documents that you can provide. **If you are having trouble getting these documents please contact us at 215-560-6500.**

**If you have a disability and need this letter in large print or another format, please call our helpline at 1-800-692-7462. TDD Services are available at 1-800-451-5886.**



| CAO NAME AND ADDRESS | CASE IDENTIFICATION | | |
|---|---|---|---|
| DEPARTMENT OF HUMAN SERVICES PHILA CAO 4109 FRANKFORD AVE PHILADELPHIA, PA 19124-4582 215-560-6500 | CO 51 | RECORD NUMBER 3095889 | CSLD | DIST. G |
| | RECORD NAME | | DATE 10/15/2019 |

# ZERO INCOME STATEMENT

This form must be completed and signed by the applicant whose household has little or no income.

Has your household received any income in the month before you applied for LIHEAP?

☐ YES ☑ NO

If yes, please tell us where it came from and how much you received:

_____

Please tell us how your household is meeting its needs for the following items:

**Food:** SNAP
_____
_____

**Shelter:** Mortgage - HUD and PHFA
_____
_____

**Utility service (electricity, heat, water, etc.):** Philadelphia Gas Works
/Customer responsability program - Peco/UESF-
Water/RAP and TAP

Jonathan Valentin
**Print Name**

Jonathan Valey
**Signature**

10/24/2019
**Date**



**pennsylvania**
DEPARTMENT OF HUMAN SERVICES

HSEA 6 9/16



Record ID: 51/3095889    Mail Date: 10/15/2019    Page 5 of 6    *908464540530000303*

BOULEVARD
PHILA CAO
4109 FRANKFORD AVE
PHILADELPHIA, PA 19124-4582



# pennsylvania
DEPARTMENT OF HUMAN SERVICES
## OFFICE OF INCOME MAINTENANCE

**Notice ID:** 9085247522 | C:25728

Jonathan Valentin
1110 Elbridge St
Philadelphia, PA 19111-5520

**Mail Date:** 11/04/2019
**Record ID:** 51/3095889
**MCI#:** 391035127

**COMPASS:** The fast and easy
way to apply for benefits
www.compass.state.pa.us

The Department of Human Services (DHS) is writing to you about your Low-Income Home Energy Assistance Program (LIHEAP) benefits.

 **Low-Income Home Energy Assistance Program (LIHEAP)**

You *qualify* for a LIHEAP Cash Benefit:
- $964.00 will be sent to PHILADELPHIA GAS WORKS on November 13, 2019.
- This is a one-time only payment for the 2019-2020 heating season.

If you do not agree with this decision, fill out the enclosed Fair Hearing form and mail or give it to your caseworker. It must be postmarked or received on or before December 04, 2019.

LIHEAP funds in your account with your fuel dealer and/or utility provider must be used by June 30 of the next LIHEAP program year or they will be returned to DHS.

| CAO NAME AND ADDRESS | CASE RECORD NUMBER | | | |
|---|---|---|---|---|

DEPARTMENT OF HUMAN SERVICES
PHILA CAO
4109 FRANKFORD AVE
PHILADELPHIA, PA 19124-4582
215-560-6500

| CO: | RECORD NUMBER | CAT | CSLD | DIST |
|---|---|---|---|---|
| 51 | 3095889 | | 0176 | G |

| RECORD NAME | DATE |
|---|---|
| JONATHAN VALENTIN | 02/11/2020 |



# EMPLOYMENT AND TRAINING PROGRAM - RIGHTS AND RESPONSIBILITIES

NAME: JONATHAN VALENTIN

## A. Enrollment:

You will be enrolled in the Supplemental Nutrition Assistance Program (SNAP) Employment and Training Program (SNAP ETP) if you are receiving SNAP benefits, unless your circumstances meet any of the exemption criteria listed in Section G of this form. If you are not exempt, you are subject to disqualification if you withdraw or drop out without good cause.

## B. Volunteers:

You may volunteer if you are exempt. If you volunteer to enroll and later withdraw and are still exempt for one of the reasons listed in Section G, your benefits will not be affected by your withdrawal. If you are not exempt, you are subject to disqualification if you withdraw or drop out without good cause.

## C. Program Activities:

If you volunteer or are required to enroll, an assessment will be made of your employment experience, education, and job skill training to determine if you will be sent to the job center or to the county assistance office (CAO) for services. If you are referred to the job center, you will be required to participate in job search activities. If you are referred to the CAO, you and the case manager will establish an employment development plan which identifies your employment goal and any steps you must follow to accomplish it. The plan will also identify any child care or supportive service needs, such as transportation, necessary for you to achieve your goal and the steps to be taken by you and the case manager to ensure the needs are met. You will receive a copy of the employment development plan.

## D. Responsibilities:

As a participant in the SNAP ETP, unless you have good cause, you are required to:
- register for employment;
- provide sufficient information to your county assistance office about your employment status and job availability;
- report changes in your circumstances that affect the special allowances for child care and supportive services you receive to the CAO. For SNAP benefits you must report changes within 10 days;
- accept employment;
- participate in an employment and training program to the extent required by the CAO;
- In addition, you must not voluntarily quit your job or reduce the number of hours you are working to less than 30 hours per week.

## E. Disqualifications:

If you are required to be enrolled in the SNAP ETP and you fail to comply with program requirements without good cause, your benefits will be discontinued. The disqualification periods are as follows:
- for the first violation - a minimum of one month, and thereafter until compliance.
- for the second violation - a minimum of three months, and thereafter until compliance.
- for the third or subsequent violation - a minimum of six months, and thereafter until compliance.

## F. Rights:

Prior to imposing a disqualification you have the right to receive a conciliatory review of the circumstances causing your failure to comply; a right to receive written notice; and a right to request a fair hearing regarding your exemption status or proposed disqualification. If you have requested and been denied SNAP ETP services or benefits, you have the right to appeal. You also have the right to appeal your employment development plan if you disagree with it.



| _Jonathan Valentin_ | 02/19/2020 |
|---|---|
| APPLICANT/RECIPIENT'S SIGNATURE | DATE |

| A SHOEM | 02/11/2020 |
|---|---|
| WORKER'S SIGNATURE | DATE |



**pennsylvania**
DEPARTMENT OF HUMAN SERVICES

PA 772 (SG) 11/16



*001500726010000522*

# Exhibit

# N

Labor and Industry proof on income

2016-2017

2 Pages

HI Jonathan!

☆ ✉ 🔔

🏠    MY JOB SEARCH    EVENTS    CAREER SERVICES    ABOUT US    HELP    ESPAÑOL

This job has been closed by the employer.

## Stock/ Order Picker

Corporation   |             PA   |  Job# 9963360  |

How To Identify Potential Job

### Overview

📍 PA

💲 Competitive Salary

👤 6 Months Experience

🎓 High school graduate or equivalency certificate (GED)

🚫 No Commission

🕐 40.00 hrs/ Day Shift/ Full-Time

🖨 Print

**Share This Job**
✉ f 🐦 in

🔍 Search All Topa:
Lighting Corporation Job

**Similar Jobs**

General Warehouse (Order Pickers/ Inventory Control/ Receiving) - PA

### Summary

**Position Overview:**

Responsible for assisting in a variety of warehouse duties, including shipping and receiving, unloading and loading trucks, fulfilling purchase orders, and keeping warehouse stocked.

**Essential Job Functions:**

- Assist shipping and receiving, unloading trucks; checking in merchandise, matching purchase orders to orders and distributing for processing.
- Read sales orders, work orders, shipping orders, or requisitions to determine items to be moved, gathered, or distributed and/or shipped.
- Pick/put away stock as directed
- Move materials and items from receiving or storage areas to shipping or to other designated areas.
- Sort and place materials or items on racks, shelves, or in bins according to predetermined sequence such as size, type, style, color, or product code.
- Fill requisitions, work orders, or requests for materials, tools, or other stock items and distributes items to shipping or to designated route driver storage area.
- Assemble customer orders from stock and places orders on pallets or shelves, or relocate orders to a holding area or shipping department.
- Mark materials with identifying information using appropriate method.
- Open bales, crates, and other containers.
- Identify damage, loss, or surplus of goods and materials stored in the warehouse.
- Assist in counting of physical inventory.
- Weigh and count items for distribution to ensure conformance to company standards.
- May be assigned facilities maintenance duties as needed.
- Prepare parcels for shipping.
- Sweep, dust, and mop to ensure clean and safe work environment.
- Organize warehouse and work area for orderliness at all times.
- Wearing the proper safety equipment.
- Other duties as assigned.
- Adhere to all company procedures and policies
- Always operate in a safer manner... **SAFETY FIRST**

**Required Skills/ Qualifications:**

- Must be forklift certified
- Ability to read and interpret documents such as safety rules, operating and maintenance instructions, and procedure manuals.
- Ability to write routine reports and correspondence.
- Ability to add, subtract, multiply, and divide in all units of measure, using whole numbers, common fractions, and decimals.
- Safety (MSDS) training

**Education/ Experience Requirements:**

- High school diploma or general education degree (GED);
- Six months or more related experience and/or training; or equivalent combination of education and experience.

**Physical/Mental Deman**

### Additional Details

This is not a Green Job

This is not a 'Keystone Works Program' related job

**#40860 - Jonathan Valentin - 2132**
**01/076/10/0040**

**Check # 100492**

**Pay Date: 04/08/2016 (03/26-04/01)**

### Earnings

| | Rate | Hours | Current | YTD |
|---|---|---|---|---|
| Hourly | 11.00 | 17.75 | 195.25 | 195.25 |
| Gross Pay | | | 195.25 | 195.25 |

### Taxes Withheld

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| Federal | 195.25 | 195.25 | 15.20 | 15.20 |
| OASDI | 195.25 | 195.25 | 12.11 | 12.11 |
| Medicare | 195.25 | 195.25 | 2.83 | 2.83 |
| PA SIT | 195.25 | 195.25 | 5.99 | 5.99 |
| PA EE/SUI | 195.25 | 195.25 | 0.14 | 0.14 |
| PA LST Mi | 195.25 | 195.25 | 1.00 | 1.00 |
| PA Phil | 195.25 | 195.25 | 7.63 | 7.63 |
| Total | | | 44.90 | 44.90 |

### Accruals

| | | Bal |
|---|---|---|
| Floating Holiday | Hrs | 0.00 |
| PTO | Hrs | 0.00 |
| Vacation | Hrs | 0.00 |

### Tax Allowance Settings

| | |
|---|---|
| Federal: | Single/0 |
| Pennsylvania: | Allowances: 0 |

▼  **REMOVE DOCUMENT ALONG THIS PERFORATION**  ▼

# Exhibit

# O

Mortgage lender monthly statement

2019

1 Page



# SN SERVICING CORPORATION

323 5TH STREET
EUREKA CA 95501

| Account Information - Statement Date: 1/2/2019 | |
|---|---|
| Account Number | 0000286615 |
| Payment Due Date | 11/1/2014 |
| **Total Amount Due** | **$57,892.29** |
| $18.48 late fee may be charged on or after 2/17/2019 | |
| Outstanding Principal | $79,596.47 |
| This is not the amount to pay off your loan | |
| Interest Rate | 2% |
| Prepayment Penalty | No |
| Escrow Balance | $0.00 |

JONATHAN VALENTIN
1110 ELBRIDGE ST
PHILADELPHIA, PA 19111

| Past Payment Breakdown | Paid Since 12/6/2018 | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (Taxes and Insurance) | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| Partial Payment (Unapplied) | $0.00 | $0.00 |
| Total | $0.00 | $0.00 |

**Delinquency Notice**

**You are late on your mortgage payments. A first notice or filing for a foreclosure action has been initiated.** Failure to bring your loan current may result in fees and foreclosure -- the loss of your home. As of January 2, 2019, you are 1522 days delinquent on your mortgage loan. This is your *Recent Account History:*

* Payment due 08/01/2018
* Payment due 09/01/2018
* Payment due 10/01/2018
* Payment due 11/01/2018
* Payment due 12/01/2018
* Payment due 01/01/2019
* Current Payment due 02/01/2019: $607.87
* **Total: $57,892.29 due. You must pay this amount to bring your loan current.**

| Explanation of Amount Due | | | | | |
|---|---|---|---|---|---|
| Due Date | Principal | Interest | Escrow | Other Funds | Total |
| 11/1/2014 | $142.07 | $132.66 | $238.27 | $0.00 | $513.00 |
| 12/1/2014 - 1/1/2019 | $5,913.96 | $10,744.99 | $11,913.50 | $0.00 | $28,572.45 |
| 2/1/2019 | $109.14 | $260.46 | $238.27 | $0.00 | $607.87 |
| Total Payments Due | | | | | $29,693.32 |
| Total Fees and Charges | | | | | $28,198.97 |
| Total Amount Due | | | | | $57,892.29 |

Customer Service: (800) 603-0836
Website: borrower.snsc.com * Email: customserv@snsc.com

**Important Messages**

Statement includes transactions through 01-02-2019. Reinstatement figures are subject to change. We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected on your credit report.

If you have previously received a discharge in bankruptcy and this debt was not reaffirmed, this correspondence is not and should not be construed to be an attempt to collect such a debt as your personal liability, but is instead a step in the enforcement of a mortgage lien against your property.

**Housing Counselor Information:** If you would like counseling or assistance, you can contact the following:

* U.S. Department of Housing and Urban Development (HUD): For a list of homeownership counselors or counseling organizations in your area, go to http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or call 800-569-4287.

| Other Balances | |
|---|---|
| Description | Balance |
| Prior Serv Corp Adv | $21,285.02 |
| Prior Serv Esc Adv | $6,603.64 |
| Prior Serv Late Chrg | $310.31 |

| Transaction Activity (12/6/2018 to 1/2/2019) | | | |
|---|---|---|---|
| Date | Description | Charges | Payments |
| | No Transactional Detail | | |



## Proof of service

-----Original Message-----
From: jonathanvltn@aol.com <jonathanvltn@aol.com>
To: glenn.bozzacco@courts.phila.gov <glenn.bozzacco@courts.phila.gov>
Sent: Thu, May 13, 2021 6:43 pm
Subject: Family Court Video/ D.C. report no.17-09-10325

Hello,

This message is in response to a recent email notice informing the recipient of city hall's, first judicial
district legal service's policy stated directly below wherein Philadelphia family court video footage is not
shared with claimants requesting duplication of evidence for court trail purposes as interpreted by the
recipient of the below listed email. Please respond with additional information clarifying the process for
requesting video evidence of incident for court trail, thank you.

The Philadelphia family court video surveillance footage of March 19th, 2017 for D.C. report no. 17-09-
10325 can be made directly available to the Pennsylvania Third Circuit Federal Easter District clerk of
court, James A. Byrne, phone number (215) 597-2995, room 2609 at 601 Market St. Philadelphia, PA.
19106 under civil case no. 19-cv-1175 attention, Honorable Judge, Gene E.K Pratter, thank you.


Sincerely, Jonathan Valentin

---

-----Original Message-----
From: Bozzacco, Glenn <glenn.bozzacco@courts.phila.gov>
To: 'jonathanvltn@aol.com' <jonathanvltn@aol.com>
Sent: Thu, May 13, 2021 6:56 am
Subject: RE: Family Court Video

Reference is made to the voice mail messages I received from you concerning Family Court
Video. Please see the below email to you on March 19, 2021 wherein I informed you that Family
Court video is confidential and not subject to public access.

Thank you.
Glenn

## Glenn S. Bozzacco, Esquire
*Legal Services, First Judicial District*
*City Hall 371*
*Philadelphia, PA 19107*
*215.686.4057*

**DISCLAIMER**
**This email is intended only for the personal use of the recipient(s) named above. This message may be an
attorney-client communication and, as such, privileged and confidential. If you are not an intended recipient,
you may not review, copy, or distribute this message.
If you have received this communication in error, please notify us immediately by email and delete the
original message.
Thank you.**

**From:** Bozzacco, Glenn
**Sent:** Friday, March 19, 2021 1:27 PM
**To:** jonathanvltn@aol.com
**Subject:** Family Court Video

Reference is made to a phone message I received wherein you are requesting video from Family Court on Sunday March 17t, 2017.Please be advised that this video is confidential. Furthermore it would have been deleted unless a request was made within 30 days to preserve it.

Thank you.
Glenn

**Glenn S. Bozzacco, Esquire**
*Legal Services, First Judicial District*
*City Hall 371*
*Philadelphia, PA 19107*
*215.686.4057*

**DISCLAIMER**
This email is intended only for the personal use of the recipient(s) named above.  This message may be an attorney-client communication and, as such, privileged and confidential.  If you are not an intended recipient, you may not review, copy, or distribute this message.
If you have received this communication in error, please notify us immediately by email and delete the original message.
Thank you.

215-485-5056

| YEAR 21 | DIST. OF OCCR. 09 | D.C. NO. 14189 | CITIZEN'S COMPLAINT PHILADELPHIA POLICE DEPARTMENT Print Legibly | DISTRICT | SECTOR | REPORT NO. 59213 |

| CLASSIFICATION 2703 | | DIST/UNIT/AGENCY PREPARING | CODE | REPORT DATE 5/14/21 |

| SIGNATURE OF PERSON RECEIVING COMPLAINT Sgt. Badge 8621 | PERSON NOTIFIED (I.A.B.) Sgt. 8621 | DATE AND TIME NOTIFIED 5/14/21  3:30 PM | I.A.D. COMP. NO. 21-0246 |

## CITIZEN MAKING COMPLAINT TO COMPLETE BALANCE OF REPORT

| COMPLAINANT'S NAME  Last  First  Initial Valentin  Jonathan | ADDRESS 1110 E Bridge St Phila PA 19111 |

| AGE 38 | RACE Hispanic | SEX ☑M ☐F | DATE OF BIRTH 9/22/82 | OCCUPATION | PHONE (Home) (Bus.) 215-524-9431 |

| NAME OF ALLEGED VICTIM OF INCIDENT IF OTHER THAN COMPLAINANT | ADDRESS | PHONE (Home) (Bus.) |

| NAME OF ATTORNEY/INTERPRETER/PERSON ASSISTING COMPLAINANT | ADDRESS | PHONE (Home) (Bus.) |

| NAME (S) OF OTHER WITNESSES  Last  First  Initial | ADDRESS | PHONE (Home) (Bus.) |
| | ADDRESS | PHONE (Home) (Bus.) |

| E - MAIL ADDRESS Jonathanvltn@Aol.com | ADDRESS | PHONE (Home) (Bus.) |

| NAME (S) OF OFFICER (S) COMPLAINED AGAINST (If Known) Amada Rodriguez | RANK | BADGE 5535 | DISTRICT/UNIT 9th | ASSIGNMENT (Foot/Auto/Det.) Family Court |

| DESCRIPTION | HEIGHT 5'8" | WEIGHT 180" | HAIR Black | EYES Brown | SEX ☐M ☑F | AGE (Approx.) 40 | RACE Hispanic | OTHER |

| NAME | | RANK | BADGE | DISTRICT/UNIT | ASSIGNMENT (Foot/Auto/Det.) |

| DESCRIPTION | HEIGHT | WEIGHT | HAIR | EYES | SEX ☐M ☐F | AGE (Approx.) | RACE | OTHER |

IN DETAIL, STATE WHAT OCCURRED INCLUDING DATE AND TIME OF OCCURENCE AND LOCATION:

DATE March 19th 2017

TIME 3 PM

LOCATION 1501 Arch St. Philadelphia, PA 19107

D.C. sepot no. 17-09-10325

assult and fauls arrest

*(If Additional Space Is Required, Use A Continuation Report (75-51)*

| THE ABOVE INFORMATION IS TRUE AND CORRECT. Signature of Complainant: Jonathan Valentin | DATE AND TIME COMPLAINT MADE May 14th 2021  3:30 PM |
| TYPED NAME OF PERSON PREPARING REPORT AND SIGNATURE | AGENCY |

75-561 (Rev. 2-11)

**COMPLAINANT**

U.S. POSTAL SERVICE   **CERTIFICATE OF MAILING**
MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT
PROVIDE FOR INSURANCE—POSTMASTER

Received From:

Jonathan Valentin

1110 Elbridge St.

Phila. PA 19111

One piece of ordinary mail addressed to:

Rebecca Lynn Maistros

531 Gotoburg Dc.

Yardley P.A. 19067

PS Form 3817, Mar. 1989

U.S. POSTAGE PAID
PHILA. PA
PHILADELPHIA, PA
19149
JUN 08 21
AMOUNT
**$1.55**
R2305K14248E-20

## CERTIFICATE OF SERVICE

I, *Jonathan Valentin* hereby certify that a true and correct copy of the foregoing civil complaint and all accompanying papers, were served on the below listed addresses by the, US Marshalls on, _06 / 0 8 / 2021_.

## Service by US Marshalls addresses as follows:

**Philadelphia County Sheriff's Department**
100 South Broad Street, 5th Floor,
Philadelphia, PA 19110
(215) 686-3530

**U.S. Clerk of Court,**
**Eastern District Pennsylvania**
James A. Byrne U.S. Courthouse
Room 2609
601 Market Street
Philadelphia, PA 19106
(215) 597-2995

Sincerely, Jonathan Valentin

**Jonathan Valentin**
1110 Elbridge St.
Philadelphia, PA 19111
215-214-9432
jonathanvitn@aol.com

Utility Mailer
10 1/2" x 16"

PRIORITY
★ MAIL ★
UNITED STATES
POSTAL SERVICE®
For Domestic Use Only

TRACKED
★ ★ ★
INSURED

Label 107R, July 2013

FROM: Jonathan Valentin
110 Elbridge St.
Philadelphia, PA. 19111



U.S.
X-RAY!

TO: James A. Byrne
US Eastern District
of Pennsylvania
Room 2609
601 Market St.
Phila. PA. 19106



U.S. POSTAGE PAID
PMI-LA
PHILADELPHIA, PA
JUN 08, '21
AMOUNT
$8.55
R2305K142468-20
1006
19106

EXPECTED DELIVERY DAY: 06/09/21
USPS TRACKING® #

9505 5157 8641 1159 3160 99

ReadyPost