IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JONATHAN VALENTIN | : | |
| *Plaintiff, Pro Se* | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| PHILADELPHIA COUNTY | : | |
| SHERIFF'S DEPARTMENT et al. | : | NO. 19-1175 |
| *Defendants* | : | |

**ORDER**

AND NOW, this 30th day of September, 2021, upon consideration of *pro se* Plaintiff Jonathan Valentin's Motion Requesting Leave to Extend Time to File a Response to Defendants' Motion for Summary Judgment (Doc. No. 42) and the Court's Order granting Mr. Valentin's Motion Requesting Leave to Extend Time for Discovery (Doc. No. 51) it is **ORDERED** that Plaintiff's Motion is **GRANTED**. Mr. Valentin must file his response on or before November 19, 2021 or the Court will consider the Motion unopposed.

BY THE COURT:

GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE