IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JONATHAN VALENTIN, | : | |
|     *Plaintiff* | : | CIVIL ACTION |
| v. | : | |
| | : | |
| PHILADELPHIA COUNTY | : | |
| SHERIFF'S DEPARTMENT *et al.*, | : | No. 19-1175 |
|     *Defendants* | : | |

**ORDER**

AND NOW, this 9th day of December, 2021, upon consideration of *pro se* Plaintiff Jonathan Valentin's Petition Requesting Allowance for Late Entry (Doc. No. 54) it is **ORDERED** that:

1. The Court will construe Mr. Valentin's entry and attached Complaint as a Response to Defendants' Motion for Summary Judgment (Doc. No. 31).[1] The Response is **DEEMED FILED**.

2. Mr. Valentin's Motion to Amend (Doc. No. 36) is **DEEMED MOOT**.[2]

3. Mr. Valentin is **ORDERED** not to submit any additional filings without requesting, and explicitly receiving, the permission of the Court.

BY THE COURT:

GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

---

[1] The Court construes Mr. Valentin's filings liberally. *Estelle v. Gamble,* 429 U.S. 97, 106 (1976).

[2] At the conference held on October 4, 2021, Mr. Valentin explained that he believed he needed to file another complaint in order to respond to the Defendants' motion for summary judgment. Thus, the Court understands that he does not actually seek leave to file a new and amended complaint. In light of the Court's acceptance of Mr. Valentin's most recent filing as a responsive pleading, this request is, therefore, moot.