IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JONATHAN VALENTIN, | : | |
| *Plaintiff* | : | CIVIL ACTION |
| v. | : | |
| | : | |
| PHILADELPHIA COUNTY | : | |
| SHERIFF'S DEPARTMENT *et al.*, | : | No. 19-1175 |
| *Defendants* | : | |

## ORDER

AND NOW, this 16th day of March, 2022, upon consideration of Defendants' Motion for Summary Judgment (Doc. No. 31), *pro se* Plaintiff Jonathan Valentin's Responses in Opposition (Doc. Nos. 41, 54, 56[1]), for the reasons stated in the accompanying memorandum, it is hereby **ORDERED** that the Defendants' Motion (Doc. No. 31) is **GRANTED**.

BY THE COURT:

GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

---

[1] Pursuant to the Court's December 9, 2021 order, Mr. Valentin's subsequent entries (Doc. Nos. 41, 54, 56) are construed as a response to defendants' motion for summary judgment. *See* Doc. No. 55.

1