TO
U.S. COURT OF APPEALS - THIRD CIRCUIT

MAR 21 2022

U.S. DISTRICT COURT: Third circuit Eastern Philadelphia Pennsylvania
(District/state)                                    (Location)

U.S. TAX COURT [ ]                    Circuit Court
(Full Caption of District Court Case)  Docket Number: 19-1175

Jonathan Valentin

vs.

Philadelphia County Sheriff's Department

District Court or
Tax Court
Docket Number: _____

District Court or
Tax Court
Judge          : _____

Notice is hereby given that  Jonathan Valentin Plaintiff
                                   (NAMED PARTY)

appeals to the UNITED STATES COURT OF APPEALS for the THIRD CIRCUIT

from [✓] JUDGMENT          [ ] ORDER

[ ] OTHER (specify): _____

entered in this action on  03/16/2022
                              (Date)

DATED: 03/21/2022

_Jonathan Valentin_
Counsel for Appellant -signed

_____
Counsel for Appellee

_____
Named of Counsel- Typed or printed

1110 Elbridge St.
Address

_____
Address

Philadelphia, PA. 19111

267-857-1444
Telephone Number or US Govt FTS.

_____
Telephone Number or US Govt FTS.

Note: Use additional sheets if all appellants and/or all counsel for appellee cannot be listed on the Notice of Appeal Form

USCA APPEAL FORM (10/1/04)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JONATHAN VALENTIN, *Plaintiff* | : : : | CIVIL ACTION |
| v. | : : | |
| PHILADELPHIA COUNTY SHERIFF'S DEPARTMENT *et al.*, *Defendants* | : : : | No. 19-1175 |

### ORDER

AND NOW, this 16th day of March, 2022, upon consideration of Defendants' Motion for Summary Judgment (Doc. No. 31), *pro se* Plaintiff Jonathan Valentin's Responses in Opposition (Doc. Nos. 41, 54, 56[1]), for the reasons stated in the accompanying memorandum, it is hereby **ORDERED** that the Defendants' Motion (Doc. No. 31) is **GRANTED**.

BY THE COURT:

_____
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

---

[1] Pursuant to the Court's December 9, 2021 order, Mr. Valentin's subsequent entries (Doc. Nos. 41, 54, 56) are construed as a response to defendants' motion for summary judgment. *See* Doc. No. 55.

1