IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JONATHAN VALENTIN, | : | |
| *Plaintiff* | : | CIVIL ACTION |
| v. | : | |
| | : | |
| PHILADELPHIA COUNTY | : | |
| SHERIFF'S DEPARTMENT *et al.*, | : | No. 19-1175 |
| *Defendants* | : | |

## ORDER

**AND NOW**, this 20th day of March, 2022, upon consideration of the Court's Order of March 16, 2022 granting Defendants' Motion for Summary Judgment (Doc. No. 58) and the accompanying Memorandum (Doc. No. 57), it is hereby **ORDERED** that:

1. This case is **DISMISSED WITHOUT PREJUDICE**; and

2. The Clerk of Court is **DIRECTED** to **CLOSE** this case for all purposes, including statistics.

BY THE COURT:

GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1