IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JONATHAN VALENTIN,**<br><br>　　　　　　　*Plaintiff,*<br><br>　　　v.<br><br>**PHILADELPHIA COUNTY SHERIFF'S DEPARTMENT,** *et al.*,<br><br>　　　　　　　*Defendants.* | Civil Action<br><br>No. 19-cv-1175 |

**TRIAL SCHEDULING ORDER**

**AND NOW**, this 19th day of November, 2024, following a conference, it is **ORDERED** that:

1. As discussed on the November 4, 2024 status call, Defense Counsel **SHALL** provide copies of any ECF filing from themselves or the Court to Plaintiff.

2. On or before **November 28, 2024**, Defense counsel and Plaintiff shall serve upon each other:

    (a) a copy of each exhibit the Party expects to offer at trial, together with an index of all trial exhibits. To the extent this is what Plaintiff previously described as "evidence packets," he shall serve such evidence upon Defendant on November 28; and

    (b) proposed stipulations.

3. No later than **December 6, 2024**, the Parties shall file their pre-trial memoranda and motions *in limine*. The pretrial memoranda shall be prepared in conformance with Local Rule of Civil Procedure 16.1(c), and shall include the following:

    (a) A short summary of the evidence each Party intends to present;

(b) the identity of each fact witness, liability and damages, to be called at trial with a brief statement of the nature of the expected testimony (witnesses not listed may not be called by that Party in its case-in-chief);

(c) designation of videotaped trial testimony and deposition testimony to be offered at trial;

(d) a list of each item of monetary damages claimed, including, as appropriate, computations of lost earnings and loss of future earning capacity, medical expenses, property damages, and any other economic loss; or, if relief other than monetary damages is sought, information adequate for framing an order granting the relief sought;

(e) stipulations, if any;

(f) objections to and the grounds for the objections to the admissibility of any item of evidence including exhibits expected to be offered by another Party;

(g) any Party objecting to deposition testimony shall file the objections, setting forth the page and line numbers of the challenged testimony and a clear statement for the basis for each objection. The objecting Party must provide the Court with a copy of the portions of the deposition transcript with the challenged testimony highlighted; and;

(h) a statement of any anticipated legal issues on which the Court will be required to rule.

4. Responses to motions *in limine*, if any, shall be filed no later than **December 16, 2024**.

5. No later than **December 23, 2024**, the parties shall file <u>joint</u> proposed jury instructions on substantive issues and proposed verdict forms or special interrogatories to the jury. Where

the Parties disagree on jury instructions, verdict forms, and special interrogatories, each Party may file their own proposals.[1] Each jury instruction shall be submitted on a separate sheet of paper, double-spaced, with references to citations and pattern jury instructions where appropriate. If Plaintiff does not intend on submitting proposed jury instructions, verdict forms, special interrogatories, or voir dire questions, he shall file a notice informing the Court of his decision.

6. Prior to the final pre-trial conference, defense counsel and Plaintiff shall confer regarding stipulations and exhibits. They shall resolve, if possible, objections to exhibits and witnesses.

7. A virtual final pre-trial conference will be held on **January 6, 2025 at 10:00 a.m.** on Zoom. My Chambers will send out a Zoom link one week before. Counsel shall supply the Court with a tabbed exhibit binder and exhibit index. Additional binders shall also be prepared for the Deputy Clerk and for use with witnesses.

8. At the final pre-trial conference, counsel and Plaintiff shall be prepared to argue pending motions *in limine* and objections to witnesses and exhibits.

9. This case will be listed for trial on **January 13, 2025, at 10:00 a.m.** in Courtroom 17-A. Counsel and all parties shall be prepared to commence trial on that date. All counsel are attached for trial.

                                              **BY THE COURT:**

                                              */s/ Mitchell S. Goldberg*

                                              **MITCHELL S. GOLDBERG,  J.**

---

[1] In drafting proposed instructions, Plaintiff may find the Third Circuit Model Jury Instructions helpful: https://www.ca3.uscourts.gov/model-civil-jury-table-contents-and-instructions.