IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JONATHAN VALENTIN,<br><br>      *Plaintiff*,<br><br>v.<br><br>PHILADELPHIA COUNTY SHERIFF'S DEPARTMENT *et al.*,<br><br>      *Defendants*. | Civil Action<br><br>No. 19-cv-1175 |

## ORDER

    **AND NOW**, this 13th day of January 2025, upon consideration of Defendant's Oral Motion to Dismiss for Failure to Prosecute, and for the reasons stated on the record after considering the factors outlined in <u>Poulis v. State Farm Fire and Cas. Co.</u>, 747 F.2d 863 (3d Cir. 1984), it is hereby **ORDERED** that Defendant's Motion is granted. This case is **DISMISSED with prejudice**. The Clerk of Court **SHALL** close this case.

**BY THE COURT:**

*/s/ Mitchell S. Goldberg*
**Mitchell S. Goldberg, J.**

1